UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES BLAKE,

_____ Plaintiff,_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Raymond Kelly, Commissioner,
New York City Police Departrment

Israel Sexton, Sergent,
Brooklyn County Court Section

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s).  If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Part I.  Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-2013

**AMENDED
COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☐ Yes   ☐ No
*(check one)*

1:12 **Civ.** 07245_____ ( CM )( JCP )

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff's    Name  Charles Blake
               ID#  11A3257
               Current Institution Franklin Correctional Facility
               Address  62 Bare Hill Road, P.O. Box 10
                        Malone, New York 12953

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. I    Name  Raymond Kelly _____ Shield #_____
                   Where Currently Employed  Commissioner, N.Y. P.D.
                   Address  1 Police Plaza
                            New York City, New York 10008

*Rev. 01/2010*                              1

Defendant No. 2          Name Israel Sexton (Sergent)              Shield # 5498

Where Currently Employed Brooklyn Court Section

Address 120 Schermerhorn Street

_____ Brooklyn, New York 11201 _____


Defendant No. 3          Name _____  Shield #_____

Where Currently Employed _____

Address _____

_____


<div style="border:1px solid black; display:inline-block; padding:2px">Who did<br>what?</div>

Defendant No. 4          Name _____  Shield #_____

Where Currently Employed _____

Address _____

_____


Defendant No. 5          Name _____  Shield #_____

Where Currently Employed _____

Address _____

_____


## II.  Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.


A.     In what institution did the events giving rise to your claim(s) occur?

Brooklyn Court Section

120 Schermerhorn Street, Brooklyn, New York 11201


B.     Where in the institution did the events giving rise to your claim(s) occur?

 Detainee Holding Cell Area


C.     What date and approximate time did the events giving rise to your claim(s) occur?

August 26, 2010, at Approximately 6:45 PM

_____

_____


D.     Facts:   SEE ATTACHED SHEETS

<div style="border:1px solid black; display:inline-block; padding:2px">What<br>happened<br>to you?</div>

_____

_____

_____

FACTS

The Defendant Commissioner Raymomd Kelly (Kelly), at all times herein mentioned was the Commissioner of the New York City Police Department.

The Defendant Commissioner (Kelly), at all times herein mentioned through his supervisors, agents, servants, officers and employees, operated, the Brooklyn County Court's Central Booking Detention Holding Facility located at 120 Schermerhorn Street, Brooklyn, New York 11201.

The Defendant Commissioner (Kelly), at all times herein mentioned through his supervisors, agents, servants officers, and employees, controlled the safety of the Brooklyn County Court's, Central Booking Detention Holding Facility.

The Defendant Israel Sexton, (Sgt. Sexton), at all times herein mentioned was a Sergent Shield # 5498, employed by and under the supervision and authority of the Commissioner of the New York City Police Department.

The Defendant Sergent Sexton, at all times herein mentioned was a New York City Police Department Employee who worked as a supervisor at Brooklyn Court Section, 120 Schermerhorn Street, Brooklyn, New York 11201, also know as Brooklyn County Court's Detention Holding Facility, to provide security and maintain order within the area of his supervision.

On August 26, 2010 at approximately 6:45 PM while the Plaintiff was being detained within the holding cell located on the 5th floor of the Criminal Court Building, Brooklyn Court Section, 120 Schermerhorn Street, Brooklyn, New York 11201. They called feed up, due to overcrowding, I was forced to sit and lay on the floor because no seats were available.

Approximately 15 inmates got up to get their food I got up off the floor and sat in one of the open seats. One of the 15 inmates return with his tray and stated that I was in his seat. Several complaints to the holding area officers had already been made to the holding cell officers about the holding cell being overcrowded, with not enough seats for the number of inmates being held within the cell.

The detainee detention area holding cell officers left the area unmonitored, when I refused to move from the seat that I was sitting in the inmate who was verbally trying to bully me into moving begin to physically assaulted me, he was then joined by another inmate whom he knew and together I was severly beaten. During the time of my assault no officers were present thus the area was left unsupervised or monitored by the security staff which were directly under Sgt. Sexton's authority and control.

The Plaintiff was being assaulted for 10 minutes before the first officer to respond to the assualt who happened to be Sgt. Sexton, who stood outside the gate and ordered the assaulting inmates to stop their physical abuse, Sgt. Sexton did not physically intercede to prevent further physical abuse upon upon while he was watching, which subjected the Plaintiff to further violence.

The defendant's is required by law in taking into custody of another and in circumstance's such as to deprive the Plaintiff of his normal power of self-protection or to subject him to association with persons likely to harm him, and are under a duty of exercising reasonable care so to control the conduct of persons as to prevent them from intentionally harming the Plaintiff.   The defendant Sgt. Sexton failed to exercise adequate care for the Plaintiff's safety and to prevent further reasonably foreseeable physical harm, abuse, and violence, when he left the area, and it was about 5 minutes before he returned with two officers, they entered the holding cell area stopped the assualting inmates who up until that point were still physically abusing the Plaintiff. The inmates were placed against the wall and handcuff.
At this point Sgt. Sexton observed that my right foot was completely turn backward, and that I had facial swelling, and defensive cuts or wound's to my back.
Sgt. Sexton sent for emergency medical personal due to my significant injuries, the medical personal arrived approximately 15 minutes later, I was taken to Kings County Hospital.

## EIGHTH AMENDMENT VIOLATED

The Plaintiff asserts that the conditions of his confinement constituted cruel and unusual punishment.  These conditions included overcrowding the detainees holding cell, which did not afford all detainees a seat or adequate space, and the  overcrowding caused excessive noise, the insufficient space produced by the overcrowding of detainees within the holding cell produced and atmosphere of anxiety and unrest, thus forming a den of violence which was left unobserved or monitored which directly caused the Plaintiff's substantial risk of harm, and injury due to the defendant's deliberate indifference to provide, monitor, and ensue  the  Plaintiffs  safety  thus  security  procedures  were  unreasonably inadequate.

The Plaintiff's assault occurred because of understaffing and, or the negligence failure of the Defendants to perform their duties.

The holding cell design capacity was deliberately, and negligently exceeded, this  subjected  detainees  to  extremely  close  proximity  for  a  prolonged indeterminate duration of time which cause the violent assault.

The growth in the Central Booking population not countered by additional holding cells being made available, and by increase in staff, created a substantial risk to the Plaintiffs health and well being.

Overcrowding led to increase in stress, tension, and increased confrontations between prisoners that this overcrowding engenders violence, tension and psychiatric problems among the population of detainees crowed within the holding cell.

That this overcrowding was a repeated negligent act indicating the systemic deficiencies by the Defendants to properly supervise and ensure the safety of those whom they confine or follow design capacity policy, reckless disregard for safety in situation's where prisoners face pervasive risk of harm.

INJURIES

That solely by reason of negligence and carelessness of the defendants jointly
and severally, their agents, servants, and employees, the Plaintiff sustained
serious injuries at or about his body, head, legs, nerves and nervous system;
closed dislocation of right ankle, right ankle fracture, and blunt trauma;
facial laceration; server headaches; dizziness; difficult sleeping; depression;
mental anguish; and that his right ankle injury is permanent; that he required
medicines, medical attention and physical therapy and will be required to seek
further medical attention in the future; and was prevented from attending to his
daily activities.  The Plaintiff also had to undergo two corrective services.
(See Attached Medical Records)
The effects of the Plaintiffs injuries are that I am unable to stand for long
periods of times, I am unable to run, I am unable to Climb stairs without
holding onto a rail for support.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Was anyone else involved?**

_____
_____
_____
_____
_____

**Who else saw what happened?**

### III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

SEE ATTACHED SHEET
_____
_____
_____
_____
_____
_____

### IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____    No __✓__

*Rev. 01/2010*                3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____    No _____    Do Not Know ___✓___

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No _____    Do Not Know ___✓___

If YES, which claim(s)?

_____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No ___✓___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No ___✓___

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.    Which claim(s) in this complaint did you grieve?

_____

2.    What was the result, if any?

_____

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.

_____

_____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:
      The Plaintiff was hospitalized, and under doctors care; and
      Central Booking made incident Reports of the Assault; and
      The Plaintiff's Medical Records list the cause of the Incident.

_____
_____
_____

   2.    If you did not file a grievance but informed any officials of your claim, state who you
         informed, when and how, and their response, if any:

         _____
         _____
         _____
         _____
         _____
         _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
      remedies.

      _____
      _____
      _____
      _____
      _____
      _____
      _____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your
       administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that

you are seeking and the basis for such amount).    _____

By reason of the foregoing, the Plaintiff has suffered substantial damages.

_____

Wherefore, Plaintiff demands a total $10,000,000 Judgement against the
defendants, jointly and severally.

_____
_____
_____
_____
_____

*Rev. 01/2010*                              5

_____
_____
_____

**VI.    Previous lawsuits:**

<div style="border:1px solid black; display:inline-block">On<br>these<br>claims</div>

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No __✓__

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

_____ 3.    Docket or Index number _____

_____ 4.    Name of Judge assigned to your case_____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No _____

If NO, give the approximate date of disposition_____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____

_____

<div style="border:1px solid black; display:inline-block">On<br>other<br>claims</div>

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____  No __✓__

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

_____ 3.    Docket or Index number _____

_____ 4.    Name of Judge assigned to your case_____

5.    Approximate date of filing lawsuit _____

6.  Is the case still pending?  Yes _____  No _____
    If NO, give the approximate date of disposition_____

7.  What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _____
    _____
    _____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20___.

                        Signature of Plaintiff    _____

                        Inmate Number             _____

                        Institution Address       Franklin Correctional Facility

                                             62 Bare Hill Road, P.O. Box 10

                                           Malone, New York 12953

                                         _____


<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.


I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                        Signature of Plaintiff: _____

Franklin Correctional Facility
62 Bare Hill Road, P.O. Box 10
Malone, New York 12953

April 6, 2013

Clerk of Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

1:12-CV-07245-CM
RE: Blake v. Kelly

RE: Amended Complaint Form

Dear Clerk of Court:

Please find enclosed the Amended Complaint form which replaces my original complaint. This is the Plaintiff's First amended complaint which is proper because the in the Plaintiff's one of his defendants was listed as a John Doe defendant.

The Plaintiff herein was unable to determine the identity of the John Doe defendant, but was assisted by thie Court's Judge pursuant to its granting of a Valentin Order which did identify the John Doe defendant as Isreal Sexton, who is now lsited in the Amended Complaint enclosed herein.

The Plaintiff has been granted in forma pauperis status, by this Court, and thus respectfully request to have the U.S. Marshal Service serve the Defendant's with the Summons and Amended Complaint and file proof that service was completed with the Court.

Very Truly Yours





**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MAX MCCANN**
*Assistant Corporation Counsel*
Phone: (212) 788-0861
Fax: (212) 788-9776
mmccann@law.nyc.gov

MEMO ENDORSED

February 21, 2013

**VIA FACSIMILE AT (212) 805-6326**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Charles Blake v. Commissioner Kelly, et al., 12 Civ. 7245 (CM)(JCF)

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the above-referenced matter.[1] I write respectfully in response to the Court's Valentin Order dated October 23, 2012, directing this office to provide the identity and service address of the John Doe defendant named in the complaint.

By way of background, in the complaint, which was filed on September 24, 2012, plaintiff alleges, *inter alia*, that the City has a policy of overcrowding the holding cells in the Kings County Criminal Courthouse. Plaintiff further alleges that the John Doe defendant was "chiefly responsible" for the arraignment holding cells.

In response to the Court's Valentin Order, this office has identified the following individual who, upon information and belief, may be served with process at the address below:

Sergeant Israel Sexton, Shield # 5498, Brooklyn Court Section, 120 Schermerhorn St., Brooklyn, NY 11201.

---

[1] This case has been assigned to Assistant Corporation Counsel James F. Horton, who is not yet admitted to the bar and is handling this matter under supervision. Mr. Horton can be reached directly at (212) 356-2647 or jhorton@law.nyc.gov.

Thank you for your consideration herein.

Respectfully submitted,

Max McCann
*Assistant Corporation Counsel*

cc:     <u>VIA FIRST CLASS MAIL</u>
        Charles Blake DIN# 11-A-3257
        *Plaintiff Pro Se*
        Franklin Correctional Facility
        62 Bare Hill Road
        PO Box 10
        Malone, NY 12953

I lose all my paper work and asking can I get a knew package to serve the people I have too.

*PRO SE* OFFICE
# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK  10007

**Ruby J. Krajick**
CLERK OF COURT

Date: 4/1/2013

RE: Blake v. Kelly                    1:12-cv-07245-CM

The enclosed papers are being returned to you for one or more of the following reasons checked below.

[ ]    Papers cannot be filed without an original signature.  A xerox copy of your signature or documents without a signature are not acceptable.

[ ]    These papers appear to be intended for another court or agency.

[ ]    Papers cannot be filed without proof that they have been served on your opponent(s) or their attorney(s). This office **will not** forward copies of your papers to your defendants or their counsel.  Please note that a "cc" on the bottom of your papers is not sufficient proof of service.  You may use your own form or the one enclosed.  Please indicate the document(s) you served on your affirmation of service.

[ ]    Your complaint or petition is undergoing judicial review.  Once a docket number and judge is assigned you will be notified by mail.  No further papers can be accepted for filing until your case has received a docket number and a judge.

[ ]    You did not include your filing fee or *In Forma Pauperis* Application or the filing fee of $_____ (which must be paid in case, certified check or money order made payable to the Clerk of the Court, U.S.D.C.-S.D.N.Y.).  **Personal checks are not accepted.**

[ ]    Each plaintiff must sign the complaint and each plaintiff must submit a separate *In Forma Pauperis* application, to have the filing fee waived.

[ ]    Your application to waive the fees does not contain enough information for the Court to consider your request.  Please fill our the enclosed *In Forma Pauperis* application.  If you are presently incarcerated, be especially careful to answer question number two (2) on the form.  If you have never worked you must state this as your answer to this question.

[ X ]    **Other:** Enclosed is Amended Complaint Form.   Complete and return to the Court for filing.

Sincerely,

*ProSe* Intake Office
(212) 805-0175

PLAINTIFF'S MEDICAL RECORDS

**EXHIBIT A**

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| SAB5-03 | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

|  |  | Attending Physician |  |  |  |
|---|---|---|---|---|---|
|  |  | Wadhwa,Ram, MD |  |  |  |

--------------------------------------------------------------------------

Adm Hx and Physical
Event Time: Thu, 26 Aug 2010  15:22                    Status: complete

Visit Provider            : Ardalan Nourian, MD

Attending                 : Dante Trovato, MD

Chief Complaint
    Date/Time             : Thursday, 26 Aug 2010  3:23 pm
    Admitted From         : No
    Informant             : patient,
    Language Used         : primary language spoken is
    Chief Complaint       : No significant medical hx.

History of Present Illness
            52M s/p got into a fight with another gentleman and was brought
            by police to KCHC because of RLE gross deformity, swelling and
            pain.  No prior injuries.  No numbness.

            No pmh/psh/nkda
            Social negx3

            AFVSS
            PE of RLE:
            Gross deformity
            Mild swelling
            Skin intact
            Compartments soft
            +ehl, gs, ta
            2+ dp
            SILT
            NTTP at the knee, hip with FROM
            TTP at the proximal fibula with swelling
            Decrease ROM of the ankle secondary to pain

            Imaging reviewed

            a/p:  54m with R maisooneuve fx
            -pt had ankle reduced in ED
            Placed in long AO splint
            Ice and elevation
            Pain control
            Ekg
            Cxr
            Consented
            Labs reviewed
            Repeat bmp

--------------------------------------------------------------------------

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| SAB5-03 | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

---------------------------------------------------------------------

Adm Hx and Physical
Event Time: Thu, 26 Aug 2010  15:22          Status: complete

History of Present Illness
        OR tomorrow for surgery

Past Medical History    : 837.0: Closed dislocation of ankle

Prev. Past Surg Hx      : PSH reviewed

    Past Surgical History: no additional past surgical history

Hospitalizations/Soc. Hx
|   Hospitalizations     : k
|   Family/Social Hx     : not applicable

Tobacco Use
|   Tobacco Use Status   : Never Smoker

Add'l HX/Assessments
|   HIV Risks            : None

Vital Signs
|   BP                   : 12/80 mm Hg

Physical Exam
|   General              : normal

Admission Labs
|   Admission Labs       : k
|   Addl Lb/Rd/EK        : k

DVT Risk Assessment
|   Age Assessment       : 41-60
|   Age Score            : 1
|   Pre-Existing         : None (Score = 0)
|   Conditions
|   Current Conditions   : None (Score = 0)
|   Anticipated          : None (Score = 0)
|   In-Hospital Factors
|   Absolute             : None
|   Contraindications to
|   Anticoag Therapy?
|   Relative             : None
|   Contraindications to
|   Anticoag Therapy?
|                        : *In all cases, early ambulation & use of

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|----------|--------------|-----------|--------------|-----|-----|
| SAB5-03 | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

--------------------------------------------------------------------
Adm Hx and Physical
Event Time: Thu, 26 Aug 2010  15:22            Status: complete
DVT Risk Assessment (continued)
```
|                          intraoperative intermittent pneumatic
|                          compression devices are recommended, unless
|                          contraindicated.   Continuation of
|                          thromboembolic prophylaxsis post discharge
|                          should be considered if clinically indicated.
|   Total DVT Risk Score   : 1
|   DVT Risk Level         : LOW RISK: SCORE = 1
|   Suggested              : Early ambulation or Graduated compression
|   Prophylactic Regimens    stockings
|                          : REMEMBER TO PLACE ORDERS FOR SUGGESTED
|                            PROPHYLACTIC REGIMENS
```

Primary Diagnosis        : 837.0: Closed dislocation of ankle

Assessment & Plan
          See h and p

Present Upon Admission   : none

Signature(s):
27Aug 2010 09:26 verified by Trovato,Dante, MD          complete
26Aug 2010 15:36 signed   by Nourian,Ardalan, MD        unverified

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

---------------------------------------------------------------

CRNA Anesthesia Pre-Op Note
Event Time: Thu, 26 Aug 2010  20:02                    Status: complete

Assessment Date/Time      : Thu, 26 Aug 2010  2002

Source of Information      : Patient.


Planned Procedure
                  Procedure: ORIF of right Tibia
          Site/Side of Body: Right

HPI                        : 52 y/o male scheduled for ORIF of right Tibia
                             sec to injury sustained during fight. Patient
                             denies LOC

Past Medical Hx
                      PMHx: No pertinent medical history.

Surgical Hx
          PSHx Event : colonoscopy 3 years ago under MAC
          Date/Description

Anesthesia Hx
   Anesthesia Hx: Patient: Previous anesthesia without complications.
   Anesthesia Hx: Family: unknown

Current Medication
              Medication: Cialis
                 Comment: use ocassionally

Allergy Verification
          Allergies Last : Thu, 26 Aug 2010  1127
              Updated On
          Allergies Last : Marie Etienne, RN
              Updated By
   Updated on Current : on current visit
                 Visit?
   Previously Recorded : No known medication allergies
         Med Allergies
   Previously Recorded : No known latex allergies
       Latex Allergies
   Previously Recorded : No known other allergi
       Other Allergies
   Allergy Verification: allergies are correct
          When Verified: allergies verified on 26 Aug 2010  8:02 pm

Social History            : Denies smoking, alcohol or substance use.

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

------------------------------------------------------------------------

CRNA Anesthesia Pre-Op Note
Event Time: Thu, 26 Aug 2010  20:02                    Status: complete

Ht/Wt/BMI
                    Height: 168 centimeters
                    Weight: 76 kilograms
                       BMI: 27

Latest Vital Signs
            Blood Pressure: 12/80
               Respirations: 20

Update Vital Signs
                       BP: 130/78 mmHg
                     Pulse: 68
                      Temp: 98.7 Fahrenheit
                      Resp: 17

Mallampati                : View II

Airway Assessment
            Dentition: Poor hygiene. Dentures: Removable.  upper
                       Missing teeth. lower middle incisors missing
                  MHD: Three Finger breadth.
                   MO: Normal
                 Neck: Normal. Trachea midline.

Physical Exam
             Findings: as documented
                Lungs: Clear,equal bilaterally.
                Heart: Normal heart sounds. Regular rhythm.
              Abdomen: Soft, nontender, nondistended. Bowels sounds
                       present.
         Neurological: Awake,alert oriented.
          Extremities: No cyanosis, clubbing, edema.  Right leg
                       immobilized in soft splint, able to move
                       digits distal to splint cap refill < 3 sec.

Review Lab Results
    Blood Count
        WBC (K/uL)        : 10.55
        Hgb (g/dL)        : 13.4
        Hct (%)           : 40.9
        Plt (K/uL)        : 250 on 26 Aug 10  1219
    Coagulation
        PT  (sec)         : 11.2
        aPTT (sec)        : 16.9  on 26 Aug 10  1219

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

--------------------------------------------------------------------

CRNA Anesthesia Pre-Op Note
Event Time: Thu, 26 Aug 2010  20:02                    Status: complete
Review Lab Results (continued)
    Electrolytes/Glucose
      Na      (mmol/L)  : 140
      K       (mmol/L)  : 4.8
      Cl      (mmol/L)  : 103
      $CO_2$     (mmol/L)  : 28 on 26 Aug 10  1450
      Gluc   (mg/dL)  : 137 on 26 Aug 10  1450
    Renal Function
      BUN    (mg/dL)  : 15
      Creat  (mg/dL)  : 1.47
      Ca     (mg/dL)  : 9.6  on 26 Aug 10  1450
    Liver Function
      AST      (U/L)  : 51
      ALT      (U/L)  : 22
      Alk Phos (U/L)  : 41
      T.Bili (mg/dL)  : 0.6 on 26 Aug 10  1219

Diagnostic Tests
      EKG Date/Results: SR 68
  Chest XR Date/Results: No acute pulmonary disease

ASA Status              : Class I: (Fractured right tibia)

Plan
        Discussion: R/B/A of GA/RA/MAC discussed with
             patient/legal guardian/next of kin. All
             questions answered and understood. Discussed:
             Post-Op pain management. Risk for dental
             injuries .
    Informed Consent: Obtained.

Recommendations
             NPO: NPO for solids/liquids 8 Hr Pre-Procedure.
    Pre-Meds on call to OR: No Pre-medications.,
      Blood Bank Orders: Type/Screen.
             Other: Large bore IV

Consults                : No Consults required.

Attending Comment       : chart reviewed , case discussed , agre with
                 above assessment .

Provider                : Ricki Agulia, CRNA

Attending               : Georgette Alexis, MD

--------------------------------------------------------------------

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD
--------------------------------------------------------------
CRNA Anesthesia Pre-Op Note
Event Time: Thu, 26 Aug 2010  20:02                Status: complete

Signature(s):
26Aug 2010 20:58 verified by Alexis,Georgette, MD          complete
26Aug 2010 20:20 signed  by Agulia,Ricki, CRNA            unverified

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                         Chart Review Print

--------------------------------------------------------------------------------

Location          Patient Name               Patient Number   Visit Number   Age    Sex
DIS-D7S23-AD      Blake,Charles              2501985          2501985-1      54Y    M

                                             Attending Physician
                                             Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------------------

  Right Ankle Routine

  Accession #:       16970276            Result Time: 26 Aug 10   1217
                                         Resulted by: /Stines,M
                                         Status: complete

  Accession #         : Spec #16970276: 26 Aug 10  1136
  Type/View           : Routine
  Body Side           : Right
  Diagnosis           : Closed dislocation of ankle
  History             : right ankle fracture/dislocation
  Indication          : blunt trauma
  Transport           :  (in hospital bed)
  Portable            : not portable
  Pt ID Confirmed     : name and medical record #
  Exam Start          : 26Aug2010 1130
  Films Used          : Films Used:Digital PACS Images
  Technologist        : Marie Stines, RT
  Assist by           :  :assist by jb/ka
  Room                : C02 - Adult ER
  Exam Stop           : Thu, 26 Aug 2010  1211
  Attending Report Date: Thu, 26 Aug 2010  1217
  Final Report        : Frontal ,oblique and lateral views of the right ankle,
                        foot, knee and tibia-fibula, 12 views total.

                        HISTORY:  Fracturetrauma.

                        FINDINGS:  There is acute oblique fracture of the
                        proximal fibular diaphysis with angulation and 7mm of
                        displacement.  There is near-complete anterior medial
                        tibial-talar dislocation with the posterior tip of the
                        distal tibia abutting the talar dome anteriorly.
                        There are marked disruption of the ankle mortise and
                        distal syndesmosis.  Ossifications along the medial
                        clear space of the ankle may represent old fracture
                        fragments.

                        IMPRESSION:
                        Acute oblique fracture of the proximal fibular
                        diaphysis with angulation and 7mm of displacement.
                        Near-complete anteromedial tibial-talar dislocation.

Wed, 28 Mar 12  0958                                    Page  2 of 24
User ID: 14034
Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                        Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-D7S23-AD | Blake,Charles | | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,RamWadhwa,Ram

------------------------------------------------------------------------

Right Ankle Routine -- cont'd
Marked disruption of the ankle mortise and distal
syndesmosis.

I have participated in the interpretation of these
images and approve this report.

_____

Signed by: Attending radiologist:   Qi Chen MD
                      Resident radiologist(s):
Date:   Thursday, August 26, 2010
Time:  12:17:03
------------------------------------------------------------------------

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                          Chart Review Print

Location              Patient Name                  Patient Number    Visit Number    Age    Sex
DIS-D7S23-AD          Blake,Charles                 2501985           2501985-1       54Y    M

                                                    Attending Physician
                                                    Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------------------

  Right Foot Routine

   Accession #:      16970270            Result Time: 26 Aug 10  1217
                                         Resulted by: /Stines,M
                                         Status: complete

   Accession #            : Spec #16970270: 26 Aug 10  1135
   Type/View              : Routine
   Body Side              : Right
   Diagnosis              : Closed dislocation of ankle
   History                : .
   Indication             : blunt trauma
   Transport              :  (in hospital bed)
   Portable               : not portable
   Pt ID Confirmed        : name and medical record #
   Exam Start             : 26Aug2010 1130
   Films Used             : Films Used:Digital PACS Images
   Technologist           : Marie Stines, RT
   Assist by              :  :assist by jb/ka
   Room                   : C02 - Adult ER
   Exam Stop              : Thu, 26 Aug 2010  1213
   Attending Report Date: Thu, 26 Aug 2010  1217
   Final Report           : Frontal ,oblique and lateral views of the right ankle,
                            foot, knee and tibia-fibula, 12 views total.

                            HISTORY:  Fracturetrauma.

                            FINDINGS:  There is acute oblique fracture of the
                            proximal fibular diaphysis with angulation and 7mm of
                            displacement.  There is near-complete anterior medial
                            tibial-talar dislocation with the posterior tip of the
                            distal tibia abutting the talar dome anteriorly.
                            There are marked disruption of the ankle mortise and
                            distal syndesmosis.  Ossifications along the medial
                            clear space of the ankle may represent old fracture
                            fragments.

                            IMPRESSION:
                            Acute oblique fracture of the proximal fibular
                            diaphysis with angulation and 7mm of displacement.
                            Near-complete anteromedial tibial-talar dislocation.

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-D7S23-AD | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------------

Right Foot Routine -- cont'd
                        Marked disruption of the ankle mortise and distal
                        syndesmosis.

                        I have participated in the interpretation of these
                        images and approve this report.


                        _____


                        Signed by: Attending radiologist:   Qi Chen MD
                                            Resident radiologist(s):
                        Date:   Thursday, August 26, 2010
                        Time:   12:17:03
--------------------------------------------------------------------------

Wed, 28 Mar 12   0958                                    Page   5 of 24
    User ID: 14034
Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                            Chart Review Print

Location          Patient Name              Patient Number    Visit Number    Age    Sex
DIS-D7S23-AD      Blake,Charles             2501985           2501985-1       54Y    M

                                            Attending Physician
                                            Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------------------
    Right Knee Routine

    Accession #:      16970274              Result Time: 26 Aug 10   1217
                                            Resulted by: /Stines,M
                                            Status: complete

    Accession #          : Spec #16970274: 26 Aug 10   1136
    Type/View            : Routine
    Body Side            : Right
    Diagnosis            : Closed dislocation of ankle
    History              : .
    Indication           : blunt trauma
    Effusion             : no effusion
    Knee                 :
    Transport            :   (in hospital bed)
    Portable             : not portable
    Pt ID Confirmed      : name and medical record #
    Exam Start           : 26Aug2010 1130
    Films Used           : Films Used:Digital PACS Images
    Technologist         : Marie Stines, RT
    Room                 : C02 - Adult ER
    Exam Stop            : Thu, 26 Aug 2010   1214
    Attending Report Date: Thu, 26 Aug 2010   1217
    Final Report         : Frontal ,oblique and lateral views of the right ankle,
                           foot, knee and tibia-fibula, 12 views total.

                           HISTORY:  Fracturetrauma.

                           FINDINGS:  There is acute oblique fracture of the
                           proximal fibular diaphysis with angulation and 7mm of
                           displacement.   There is near-complete anterior medial
                           tibial-talar dislocation with the posterior tip of the
                           distal tibia abutting the talar dome anteriorly.
                           There are marked disruption of the ankle mortise and
                           distal syndesmosis.  Ossifications along the medial
                           clear space of the ankle may represent old fracture
                           fragments.

                           IMPRESSION:
                           Acute oblique fracture of the proximal fibular
                           diaphysis with angulation and 7mm of displacement.

```
 Wed, 28 Mar 12  0958                              Page  6 of 24
  User ID: 14034
Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                        Chart Review Print
```

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|----------|--------------|--|----------------|--------------|-----|-----|
| DIS-D7S23-AD | Blake,Charles | | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,RamWadhwa,Ram

----------------------------------------------------------------------------

Right Knee Routine -- cont'd

Near-complete anteromedial tibial-talar dislocation.
Marked disruption of the ankle mortise and distal
syndesmosis.

I have participated in the interpretation of these
images and approve this report.

_____

Signed by: Attending radiologist:   Qi Chen MD
                         Resident radiologist(s):
Date:   Thursday, August 26, 2010
Time:   12:17:03

----------------------------------------------------------------------------

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                           Chart Review Print

Location              Patient Name                Patient Number    Visit Number    Age    Sex
DIS-D7S23-AD          Blake,Charles               2501985           2501985-1       54Y    M

                                                  Attending Physician
                                                  Wadhwa,RamWadhwa,Ram

-------------------------------------------------------------------------------

  Right TibiaFibula (bed)

  Accession #:        16970273            Result Time: 26 Aug 10   1217
                                          Resulted by: /Stines,M
                                          Status: complete

  Accession #          : Spec #16970273: 26 Aug 10   1136
  Body Side            : Right
  Diagnosis            : Closed dislocation of ankle
  History              : .
  Indication           : blunt trauma
  Transport            :   (in hospital bed)
  Portable             : not portable
  Pt ID Confirmed      : name and medical record #
  Films Used           : Films Used:Digital PACS Images
  Technologist         : Marie Stines, RT
  Room                 : C02 - Adult ER
  Exam Stop            : Thu, 26 Aug 2010   1213
  Attending Report Date: Thu, 26 Aug 2010   1217
  Final Report         : Frontal ,oblique and lateral views of the right ankle,
                         foot, knee and tibia-fibula, 12 views total.

                         HISTORY:  Fracturetrauma.

                         FINDINGS:  There is acute oblique fracture of the
                         proximal fibular diaphysis with angulation and 7mm of
                         displacement.  There is near-complete anterior medial
                         tibial-talar dislocation with the posterior tip of the
                         distal tibia abutting the talar dome anteriorly.
                         There are marked disruption of the ankle mortise and
                         distal syndesmosis.  Ossifications along the medial
                         clear space of the ankle may represent old fracture
                         fragments.

                         IMPRESSION:
                         Acute oblique fracture of the proximal fibular
                         diaphysis with angulation and 7mm of displacement.
                         Near-complete anteromedial tibial-talar dislocation.
                         Marked disruption of the ankle mortise and distal
                         syndesmosis.

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-D7S23-AD | Blake,Charles | | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------------------

Right TibiaFibula (bed) -- cont'd
                    I have participated in the interpretation of these
                    images and approve this report.


                    _____

                    Signed by: Attending radiologist:   Qi Chen MD
                                        Resident radiologist(s):
                    Date:   Thursday, August 26, 2010
                    Time:  12:17:03
--------------------------------------------------------------------------------

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
Chart Review Print

----------------------------------------------------------------------

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-D7S23-AD | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------------

Chest AP

Accession #:       16970973            Result Time: 26 Aug 10   1351
                                       Resulted by: /Blain,S
                                       Status: complete

Accession #           : Spec #16970973: 26 Aug 10   1320
Type/View             : AP
Physical Find         : pre admmission
Diagnosis             : Closed dislocation of ankle
Chest History         : .
Indication            : rule out pneumonia/atelectasis
Transport             :  (portable/OR/c-arm case)
Portable              : portable
PT ID Confirmed       : name and medical record #
Exam Start            : 26Aug2010 0100
Films Used            : Films Used:Digital PACS Images no
Technologist          : Shana Blain, RT
Room                  : B21 - Diag Rad-All Portable Machines
Exam Stop             : Thu, 26 Aug 2010  1333
Attending Report Date : Thu, 26 Aug 2010  1351
Final Report          : Frontal and lateral views of the chest.
                        History:  Pneumonia

                        FINDINGS:   There is no focal infiltrate or
                        consolidation.  The costophrenic angles are sharp.
                        There is no radiographic evidence of pneumothorax.
                        The cardiomediastinal silhouette is unremarkable. The
                        osseous structures are intact.

                        IMPRESSION:
                        No focal infiltrate or consolidation.


                        I have participated in the interpretation of these
                        images and approve this report.


                        _____

                        Signed by: Attending radiologist:   Qi Chen MD

```
   Wed, 28 Mar 12  0958                              Page 10 of 24
   User ID: 14034
Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                         Chart Review Print
```

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-D7S23-AD | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,RamWadhwa,Ram

------------------------------------------------------------------------

Chest AP -- cont'd

                                      Resident radiologist(s):
               Date:   Thursday, August 26, 2010
               Time:   13:51:18

------------------------------------------------------------------------

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
Chart Review Print

----------------------------------------------------------------------

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-D7S23-AD | Blake,Charles | | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------------

Right Ankle Routine

Accession #:        16971131           Result Time: 26 Aug 10   1433
                                       Resulted by: /Stines,M
                                       Status: complete

```
Accession #          : Spec #16971131: 26 Aug 10  1345
Type/View            : Routine
Body Side            : Right
Diagnosis            : Closed dislocation of ankle
History              : fx
Indication           : blunt trauma
Transport            :   (stretcher)
Portable             : not portable
Pt ID Confirmed      : name and medical record #
Exam Start           : 26Aug2010 1349
Films Used           : Films Used:Digital PACS Images
Technologist         : Marie Stines, RT
Assist by            :  :assist by NI-JB
Room                 : C02 - Adult ER
Exam Stop            : Thu, 26 Aug 2010  1404
Attending Report Date: Thu, 26 Aug 2010  1432
Final Report         : Frontal ,oblique and lateral views of the right ankle.
```

                     HISTORY:  Trauma

                     FINDINGS: Patient is status post casting for fracture
                     dislocation of the distal tibia.  Alignment is
                     improved. Overlying cast obscures fine bony detail.


                     IMPRESSION:
                     Post cast and reduction with improvement in
                     alignment.


                     I have participated in the interpretation of these
                     images and approve this report.

                     _____

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|----------|--------------|---|----------------|--------------|-----|-----|
| DIS-D7S23-AD | Blake,Charles | | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------------------

Right Ankle Routine -- cont'd

```
                    Signed by: Attending radiologist:   Qi Chen MD
                                     Resident radiologist(s):
                    Date:   Thursday, August 26, 2010
                    Time:   14:32:54
```

--------------------------------------------------------------------------------

Wed, 28 Mar 12   0958                                          Page 13 of 24
  User ID: 14034
Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                              Chart Review Print

---------------------------------------------------------------------------------

<u>Location</u>            <u>Patient Name</u>                    <u>Patient Number</u>    <u>Visit Number</u>    <u>Age</u>    <u>Sex</u>
DIS-D7S23-AD       Blake,Charles                    2501985           2501985-1      54Y    M

                                                    <u>Attending Physician</u>
                                                    Wadhwa,RamWadhwa,Ram


---------------------------------------------------------------------------------

  Right Ankle Routine

  Accession #:        16975586              Result Time: 31 Aug 10   1629
                                            Resulted by: /HutchinsoV
                                            Status: complete

  Accession #            : Spec #16975586: 27 Aug 10   1357
  Type/View              : Routine
  Body Side              : Right
  Diagnosis              : Closed dislocation of ankle
  History                : fx, Carm OR
  Indication             : blunt trauma
  Transport              :  (portable/OR/c-arm case)
  Portable               : portable
  Pt ID Confirmed        : name and medical record #
  Exam Start             : 27Aug2010 1344
  Films Used             : Films Used:Digital PACS Images
  Technologist           : Victor Hutchinson, RT
  Room                   : Adult Emergency Department
  Exam Stop              : Fri, 27 Aug 2010   1839
  Attending Report Date: Tue, 31 Aug 2010   1632
  Attending              : Scott Lehto, MD
  Final Report           : FOUR INTRAOPERATIVE SPOT RADIOGRAPHS AND PORTABLE AP,
                           LATERAL AND OBLIQUE VIEWS OF THE RIGHT ANKLE

                           HISTORY: Fracture follow up.

                           Comparison is made to prior study dated 8/26/10.

                           FINDINGS:
                           In the interval since the prior study, there has been
                           placement of a lateral plate and screws across the
                           distal syndesmosis.  The suture anchor is now present
                           in the medial malleolus.  The previously visualized
                           fracture fragment inferior to the medial malleolus has
                           been removed.  There is anatomic alignment of the
                           ankle mortise.  Expected postsurgical soft tissue
                           changes are noted.  The splint has been removed.

                           IMPRESSION:
                           Interval placement of lateral plate and screws across

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                          Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-D7S23-AD | Blake,Charles | | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------------------
Right Ankle Routine -- cont'd
                        the distal syndesmosis.  Removal of the distal medial
                        malleolar fracture fragment.  Placement of a suture
                        anchor in the medial malleolus.

                        I have participated in the interpretation of these
                        images and approve this report.


                        _____


                        Signed by: Attending radiologist:   Scott Lehto MD
                                            Resident radiologist(s):
                        Date:   Tuesday, August 31, 2010
                        Time:   16:32:23
--------------------------------------------------------------------------------

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-CP | Blake,Charles | 2501985 | 2501985-3 | 54Y | M |

Attending Physician

--------------------------------------------------------------------------------

Right Ankle Routine

Accession #:      17095583              Result Time: 28 Sep 10  0930
                                        Resulted by: /KunhanandP
                                        Status: complete

Accession #            : Spec #17095583: 28 Sep 10  0857
Type/View              : Routine
Body Side              : Right
Diagnosis              : Closed dislocation of ankle
History                : fx
Indication             : blunt trauma
Transport              :   (ambulatory)
Portable               : not portable
Pt ID Confirmed        : name and medical record #
Exam Start             : 28Sep2010 0905
Films Used             : Films Used:Digital PACS Images
Technologist           : Premkumar Kunhanandan, RT
Room                   : U3 - OPD Radiology
Exam Stop              : Tue, 28 Sep 2010  0913
Attending Report Date: Tue, 28 Sep 2010  0925
Attending              : Alan Kantor, MD
Final Report           : Right ankle.

                         Two hole plate of lateral malleolus with screws
                         crossing the syndesmosis again noted.  Suture anchor
                         medial malleolus unchanged.  Patient casted.

                         Impression: Patient in cast otherwise grossly no
                         change from prior study performed post operative or
                         weeks earlier.

                         I have participated in the interpretation of these
                         images and approve this report.


                         _____

                         Signed by: Attending radiologist:   Alan Kantor MD
                                         Resident radiologist(s):
                         Date:   Tuesday, September 28, 2010

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                          Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-CP   | Blake,Charles | 2501985 | 2501985-3 | 54Y | M |

                          Attending Physician


---------------------------------------------------------------------------

 Right Ankle Routine -- cont'd
                     Time:  09:25:17
    ---------------------------------------------------------------------------

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                           Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-CP | Blake,Charles | 2501985 | 2501985-4 | 54Y | M |

Attending Physician

------------------------------------------------------------------------

  Right Ankle Routine

   Accession #:      17204245           Result Time: 27 Oct 10  1556
                                        Resulted by: /Thomas,DA
                                        Status: complete

   Accession #            : Spec #17204245: 26 Oct 10  1050
   Type/View              : Routine
   Body Side              : Right
   Diagnosis              : Closed dislocation of ankle
   History                : frx
   Indication             : blunt trauma
   Transport              :    (ambulatory)
   Portable               : not portable
   Pt ID Confirmed        : name and medical record #
   Exam Start             : 26Oct2010 1613
   Films Used             : not applicable
   Technologist           : Debra Ann Thomas, RT
   Assist by              : not applicable
   Room                   : U3 - OPD Radiology
   Exam Stop              : Tue, 26 Oct 2010  1623
   Attending Report Date: Wed, 27 Oct 2010  1557
   Attending              : Scott Lehto, MD
   Final Report           : AP, LATERAL AND OBLIQUE VIEWS OF THE RIGHT ANKLE

                           HISTORY: Fracture follow.

                           Comparison is made to prior study dated 9/28/10.

                           FINDINGS:
                           A cast remains in place.  There is unchanged lateral
                           plate and syndesmotic screws.  A suture anchor is
                           noted within the medial malleolus.  Persistent soft
                           tissue edema is noted.  No acute fracture is present.

                           IMPRESSION:
                           No change in fixation.

                           I have participated in the interpretation of these
                           images and approve this report.

```
    Wed, 28 Mar 12   0958                              Page 18 of 24
    User ID: 14034
Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                            Chart Review Print
```

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-CP | Blake,Charles | 2501985 | 2501985-4 | 54Y | M |

Attending Physician

--------------------------------------------------------------------------------

Right Ankle Routine -- cont'd

                    _____

                    Signed by: Attending radiologist:   Scott Lehto MD
                                      Resident radiologist(s):
                    Date:   Wednesday, October 27, 2010
                    Time:   15:57:55
--------------------------------------------------------------------------------

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-CP | Blake,Charles | 2501985 | 2501985-5 | 54Y | M |

Attending Physician

---------------------------------------------------------------------------

Right Ankle Routine

Accession #:        17332319              Result Time: 30 Nov 10   1520
                                          Resulted by: /Smith,N
                                          Status: complete

Accession #          : Spec #17332319: 30 Nov 10   1051
Type/View            : Routine
Body Side            : Right
Diagnosis            : Closed dislocation of ankle
History              : 1
Indication           : blunt trauma
Transport            :   (ambulatory)
Portable             : not portable
Pt ID Confirmed      : name and date of birth
Exam Start           : 30Nov2010
Films Used           : Films Used:Digital PACS Images no
Technologist         : Nichole Smith, RT
Assist by            : not applicable
Room                 : U3 - OPD Radiology
Exam Stop            : Tue, 30 Nov 2010  1323
Attending Report Date: Tue, 30 Nov 2010  1518
Attending            : Russell D Areman, MD
Final Report         : History: Blunt trauma.

                       Technique: Three views of the right ankle are
                       submitted.

                       Comparison:10/26/2010

                       Findings: There has been interval cast removal.  No
                       fracture line is seen. Again seen is a short cortical
                       plate at the end of the distal shaft of the right
                       fibula. There are two screws traversing the plate
                       which extends into the distal tibia. No soft tissue
                       abnormalities. The ankle mortise is intact. A
                       ligamentous anchor is seen in the region of the medial
                       malleolus which is unchanged in position.  There is
                       persistent diffuse soft tissue swelling about the
                       ankle.

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-CP | Blake,Charles | 2501985 | 2501985-5 | 54Y | M |

Attending Physician

--------------------------------------------------------------------------

Right Ankle Routine -- cont'd
                    IMPRESSION:

          Please see full report above.




          I have participated in the interpretation of these
          images and approve this report.


          _____


          Signed by: Attending radiologist:   Russell David
          Areman MD
                                    Resident radiologist(s):
          Date:   Tuesday, November 30, 2010
          Time:   15:18:47
--------------------------------------------------------------------------

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                            Chart Review Print

```
Location              Patient Name                Patient Number    Visit Number    Age    Sex
DIS-S3SA5DIS          Blake,Charles               2501985           2501985-7       54Y    M

                                      Attending Physician
```

--------------------------------------------------------------------------------

    Right Ankle Routine

    Accession #:      17375325              Result Time: 10 Dec 10  1200
                                            Resulted by: /Punjabi,R
                                            Status: complete

```
Accession #            : Spec #17375325: 10 Dec 10  1007
Type/View              : Routine
Body Side              : Right
Diagnosis              : Closed fracture of ankle unspecified
History                : post op
Indication             : roh
Transport              :  (portable/OR/c-arm case)
Portable               : portable
Pt ID Confirmed        : name and medical record #
Exam Start             : 10Dec2010 0945
Films Used             : Films Used:Digital PACS Images
Technologist           : Raj Punjabi, RT
Room                   : B22 - OR-Operating Room - B2213
Exam Stop              : Fri, 10 Dec 2010  1047
Attending Report Date  : Fri, 10 Dec 2010  1201
Attending              : Scott Lehto, MD
Final Report           : SINGLE AP SPOT VIEW OF THE RIGHT ANKLE
```

                        HISTORY: Post operative follow up.

                        Comparison is made to prior study dated 11/3/10.

                        FINDINGS:
                        In the interval since the prior study, the lateral
                        plate and screw have been removed.  Persistent screw
                        tracks are visualized.  The ankle mortise is
                        maintained.  Expected postsurgical soft tissue changes
                        are noted.

                        IMPRESSION:
                        Interval removal of the lateral plate and screw.

                        I have participated in the interpretation of these
                        images and approve this report.

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
                        Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-S3SA5DIS | Blake,Charles | | 2501985 | 2501985-7 | 54Y | M |

Attending Physician

--------------------------------------------------------------------------

 Right Ankle Routine -- cont'd


                    _____

                    Signed by: Attending radiologist:   Scott Lehto MD
                                    Resident radiologist(s):
                    Date:   Friday, December 10, 2010
                    Time:  12:01:06
--------------------------------------------------------------------------

Kings County Hospital CenterKings County Hospital CenterKings County Hospital Ce
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-S3SA5DIS | Blake,Charles | | 2501985 | 2501985-7 | 54Y | M |

Attending Physician

--------------------------------------------------------------------------------

Right Ankle Routine

Accession #:        17375326              Result Time: 10 Dec 10  1202
                                          Resulted by: /Punjabi,R
                                          Status: complete

Accession #              : Spec #17375326: 10 Dec 10  1007
Type/View                : Routine
Body Side                : Right
Diagnosis                : Closed fracture of ankle unspecified
History                  : post op
Indication               : roh
Transport                :  (portable/OR/c-arm case)
Portable                 : portable
Pt ID Confirmed          : name and medical record #
Exam Start               : 10Dec2010 0945
Films Used               : Films Used:Digital PACS Images
Technologist             : Raj Punjabi, RT
Room                     : B22 - OR-Operating Room - B2213
Exam Stop                : Fri, 10 Dec 2010  1047
Attending Report Date: Fri, 10 Dec 2010  1202
Attending                : Scott Lehto, MD
Final Report             : AP, LATERAL AND OBLIQUE VIEWS OF THE RIGHT ANKLE

                 HISTORY: Post operative follow up.

                 Comparison is made to prior study dated 11/3/10.

                 FINDINGS:
                 In the interval since the prior study, the lateral
                 plate and screw have been removed.  Persistent screw
                 tracks are visualized.  The ankle mortise is
                 maintained.  Expected postsurgical soft tissue changes
                 are noted.  A suture anchor remains in the medial
                 malleolus.

                 IMPRESSION:
                 Interval removal of the lateral plate and screw.

                 I have participated in the interpretation of these
                 images and approve this report.

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-S3SA5DIS | Blake,Charles | 2501985 | 2501985-7 | 54Y | M |

Attending Physician

--------------------------------------------------------------------------

Right Ankle Routine -- cont'd


                    _____

                    Signed by: Attending radiologist:   Scott Lehto MD
                                       Resident radiologist(s):
                    Date:   Friday, December 10, 2010
                    Time:   12:02:52
--------------------------------------------------------------------------


              * * * End of Report * * *

Kings County Hospital Center
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-D7S23-AD | Blake,Charles | | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------

Unscheduled Attending Pre-Op Note
Event Time: Fri, 27 Aug 10  1054                     Status: complete

Fri, 27 Aug 10  1058   Documented by Dante Trovato, MD

| | | |
|---|---|---|
| Date/Time | : | Fri, 27 Aug 2010  1054 |
| Planned OR Procedure | : | open reduction internal fixation right ankle |
| Site/Side of Body | : | Right |
| Indication for Procedure | : | right ankle fracture |
| Pertinent History | : | 52 year old male twisting injury to right ankle sustained displaced ankle fracture with lateral subluxation of talus, disruption of syndesmosis and encarcerated fragment in medial clear space. Pt to undergo open reduction internal fixation of right ankle. |
| Physical Exam | : | riiight ankle in splint good refill toes no pain passive extension of toes |
| Reviewed Xrays/lab/tests | : | yes |
| Housestaff discussion | : | Yes, I have discussed the operative plan & procedure with the housestaff. |
| Completed by | : | Dante Trovato, MD |
| Attending Surgeon | : | Dante Trovato, MD |

--------------------------------------------------------------------

Wed, 28 Mar 12  1007                                    Page  2 of 9
User ID: 14034
                        Kings County Hospital Center
                            Chart Review Print

Location           Patient Name              Patient Number    Visit Number    Age    Sex
DIS-D7S23-AD       Blake,Charles             2501985           2501985-1       54Y    M

                                             Attending Physician
                                             Wadhwa,RamWadhwa,Ram

---------------------------------------------------------------------------
Unscheduled attending IP Adult Progress Note (Orthopedic)
Event Time: Fri, 27 Aug 10  1356                     Status: complete

Fri, 27 Aug 10  1400     Documented by Dante Trovato, MD

Provider         : Dante Trovato, MD
Note Type        : Progress Note
Problem(s)       : Closed dislocation of ankle
Foley            :
Plan             : 53 yr old male with fracture/dislocation right
                   ankle. Pt uunderwent orif of right ankle; large
                   chondral grade 4 noted on anterior medial aspect of
                   talus; drilling chondroplasty performed; ankle
                   reduced two syndesmosis screws placed; superficial
                   and deep deltoid secured to medial malleolus with
                   suture ankle. Mortise restored, medial clear space
                   within normal limits and syndesmosis joint within
                   normal limit. Pt immobilized in splint.
---------------------------------------------------------------------------

                    Kings County Hospital Center
                         Chart Review Print

Location           Patient Name              Patient Number    Visit Number    Age    Sex
DIS-D7S23-AD       Blake,Charles             2501985           2501985-1       54Y    M

                                             Attending Physician
                                             Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------------
Unscheduled CRNA AnesPostOp
Event Time: Fri, 27 Aug 10  1440                        Status: complete

Fri, 27 Aug 10  1445   Documented by Michele Pisani, CRNA

Date/Time                  : Fri, 27 Aug 2010   1440
Original Author Type       : nurse anesthetist
Procedure Performed        : orif of the right tibia
Anesthesia Type            : Regional: Spinal   unsuccsessful, converted to
                             General with LMA
Induction                  : Smooth induction.
Intubation/ Maintenance    : Atraumatic.
Intra-Operative Course     : Uneventful
Reversal                   : Uneventful.
Extubation                 : Patient extubated once criteria met.
Transferred to             : Recovery.
Vital Signs                : BP: 124/63  mmHg Pulse: 60 Resp: 20 Temp: 97.8
                             F (36.6 C) O2 Sat: 100  %
Fluids/Bld Products        : EBL: 20  mL   U/O: 0  mL   IVF: 1800  mL  Bld
                             Products: none required due to void
Statement                  : Attending was present at all critical moments of
                             anesthesia and was immediately available
                             throughtout.
Completed by               : Michele Pisani, CRNA
Attending Anesthesiologist: Aleksandr Rozenberg, MD
--------------------------------------------------------------------------

Kings County Hospital Center
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-D7S23-AD | Blake,Charles | | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------------

Unscheduled resident IP Adult Progress Note (Orthopedic)
Event Time: Fri, 27 Aug 10   1937                  Status: complete

Fri, 27 Aug 10   1940    Documented by Ardalan Nourian, MD

Provider              : Ardalan Nourian, MD
Preceptor             : Ariel Goldman, MD
Note Type             : Progress Note
Subjective            : note
Objective             :

    General       : `1

Problem(s)            : Closed dislocation of ankle
Foley                 :
Plan                  : Post op check

                        Seen and examined.  No chest or sob.  No numbness

                        AFVSS
                        PE of RLE:
                        Splint in place
                        +ehl, gs, ta
                        SILT
                        Cap refill less than 2 sec

                        a/p:  52M s/p ORIF of R ankle
                        -pain control
                        Rehab
                        Ancef for 24 hours
                        Ice and elevation
                        NWB of RLE
                        dvt ppx
                        Cbc in am
Attending Review      : Discussed with the chief resident(s)/fellow(s)
--------------------------------------------------------------------------

Wed, 28 Mar 12  1007                                      Page  5 of 9
User ID: 14034
                    Kings County Hospital Center
                        Chart Review Print

<u>Location</u>          <u>Patient Name</u>          <u>Patient Number</u>   <u>Visit Number</u>   <u>Age</u>   <u>Sex</u>
DIS-D7S23-AD     Blake,Charles            2501985          2501985-1      54Y    M

                                         <u>Attending Physician</u>
                                         Wadhwa,RamWadhwa,Ram

----------------------------------------------------------------------------
Unscheduled resident IP Adult Progress Note (Anesthesia)
Event Time: Fri, 27 Aug 10  2330                  Status: complete

Fri, 27 Aug 10  2331    Documented by Vitaly Kotlyar, MD

Provider            : Vitaly Kotlyar, MD
Preceptor           : Dmitry Kuzmin, MD
Note Type           : Progress Note
Subjective          : see plan
Objective           :

    General       : see plan

Problem(s)          : Closed dislocation of ankle
Foley               :
Plan                : Anesthesia follow up note

                      Pt POD # 0 s/p ORIF right tibia under GA.  Pt
                      tolerated procedure well.  Pt awake, alert.  No
                      nausea or vomiting.  Pain is 2/10 controlled with
                      pain medication.  No sore throat.  VSS.  No
                      anesthesia complications.
Attending Review    : Discussed with the attending the management and plan
                      and the attending agrees with it
----------------------------------------------------------------------------

```
Wed, 28 Mar 12  1007                              Page  6 of 9
User ID: 14034
                    Kings County Hospital Center
                        Chart Review Print
```

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-D7S23-AD | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

```
                                Attending Physician
                                Wadhwa,RamWadhwa,Ram
```

--------------------------------------------------------------------

```
Unscheduled resident IP Adult Progress Note (Orthopedic)
Event Time: Sat, 28 Aug 10  0727            Status: complete

Sat, 28 Aug 10  0727    Documented by Ardalan Nourian, MD

Provider            : Ardalan Nourian, MD
Preceptor           : Ariel Goldman, MD
Note Type           : Progress Note
Subjective          : noe
Objective           :

    General      : normal

Problem(s)          : Closed dislocation of ankle
Foley               :
Plan                : Seen and examined. No chest or sob. No numbness

                      AFVSS
                      PE of RLE:
                      Splint in place
                      +ehl, gs, ta
                      SILT
                      Cap refill less than 2 sec

                      a/p: 52M s/p ORIF of R ankle, POD#1
                      -pain control
                      Rehab for crutch training
                      Ancef for 24 hours
                      Ice and elevation
                      NWB of RLE
                      dvt ppx
                      follow up cbc today
Attending Review    : Discussed with the chief resident(s)/fellow(s)
```
--------------------------------------------------------------------

```
Wed, 28 Mar 12  1007                              Page  7 of 9
User ID: 14034
                    Kings County Hospital Center
                        Chart Review Print
```

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|-------------|----------------|--------------|-----|-----|
| DIS-D7S23-AD | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

**Attending Physician**
Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------

```
Unscheduled resident IP Adult Progress Note (Orthopedic)
Event Time: Sun, 29 Aug 10  0936                 Status: complete

Sun, 29 Aug 10  0937   Documented by Christopher Passariello, MD

Provider        : Christopher Passariello, MD
Preceptor       : Ariel Goldman, MD
Note Type       : Progress Note
Subjective      : see plan
Objective       :

   General      : normal

Problem(s)      : Closed dislocation of ankle
Foley           :
Plan            : No acute events
                  AVSS
                  RLE; splint intact, ehl/fhl 5/5,  toes perfused, SILT

                  Plan:
                  NWB RLE
                  D/C pending crutch training
Attending Review : Discussed with the attending the management and plan
                   and the attending agrees with it
```
--------------------------------------------------------------------

Kings County Hospital Center
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-D7S23-AD | Blake,Charles | | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------------
Unscheduled resident IP Adult Progress Note (Orthopedic)
Event Time: Mon, 30 Aug 10  1058                    Status: complete

Mon, 30 Aug 10  1059    Documented by Alexander Tejani, MD

Provider            : Alexander Tejani, MD
Preceptor           : Ariel Goldman, MD
Note Type           : Progress Note
Subjective          : .
Objective           :

    General      : se note

Problem(s)          : Closed dislocation of ankle
Foley               :
Plan                : No acute events

                      AVSS
                      RLE; splint intact, ehl/fhl 5/5, toes perfused, SILT


                      Plan:
                      Pain control
                      DVT PPx
                      NWB RLE
                      D/C pending crutch training
Attending Review    : Discussed with the chief resident(s)/fellow(s)
--------------------------------------------------------------------------
Unscheduled attending IP Adult Progress Note (Orthopedic)
Event Time: Wed, 01 Sep 10  1542                    Status: complete

Wed, 01 Sep 10  1542    Documented by Barbara Freeman, MD

Provider            : Barbara Freeman, MD
Note Type           : Progress Note
Foley               :
Plan                : Pt exam stable - cleared by rehab. Plan for d/c.
--------------------------------------------------------------------------

Kings County Hospital Center
Chart Review Print

| Location | Patient Name | | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|---|
| DIS-D7S23-AD | Blake,Charles | | 2501985 | 2501985-1 | 54Y | M |
| | | **Attending Physician** | | | | |
| | | Wadhwa,RamWadhwa,Ram | | | | |

--------------------------------------------------------------------------------
Unscheduled resident IP Adult Progress Note (Orthopedic)
Event Time: Thu, 02 Sep 10  0819                       Status: complete

Thu, 02 Sep 10  0819   Documented by Ardalan Nourian, MD

Provider          : Ardalan Nourian, MD
Preceptor         : Ariel Goldman, MD
Note Type         : Progress Note
Subjective        : note
Objective         :

    General      : normal

Problem(s)        : Closed dislocation of ankle
Foley             :
Plan              : No acute events.  Pt cleared to go home but needs
                    equipment

                    AVSS
                    RLE; splint intact, ehl/fhl 5/5, toes perfused, SILT


                    Plan:
                    Pain control
                    DVT PPx
                    NWB RLE
                    & D/C pending when patient gets a walker
Attending Review  : Discussed with the chief resident(s)/fellow(s)
--------------------------------------------------------------------------------


                    * * * End of Report * * *

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|----------|--------------|-----------|--------------|-----|-----|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

--------------------------------------------------------------------------

Anesthesia Attending Pre-Op Note
Event Time: Fri, 27 Aug 2010  10:58                    Status: complete

Assessment Date/Time      : Fri, 27 Aug 2010  1058

Source of Information      : Patient.


Planned Procedure
                   Procedure: ORIF of right Tibia
           Site/Side of Body: Right

HPI                        : 52 y/o male scheduled for ORIF of right Tibia
                             sec to injury sustained during fight. Patient
                             denies LOC

Past Medical Hx
                     PMHx: No pertinent medical history.

Surgical Hx
            PSHx Event  : colonoscopy 3 years ago under MAC
         Date/Description

Anesthesia Hx
    Anesthesia Hx: Patient: Previous anesthesia without complications.
    Anesthesia Hx: Family: unknown

Review Medications
                      : KCH HOME MEDS: None Listed
                      : NON KCH HOME MEDS: None Listed

Additional Meds
              Medication: Cialis
                 Comment: use ocassionally

Allergy Verification
            Allergies Last : Thu, 26 Aug 2010  1127
                 Updated On
            Allergies Last : Marie Etienne, RN
                 Updated By
     Updated on Current : on current visit
                   Visit?
     Previously Recorded : No known medication allergies
            Med Allergies
     Previously Recorded : No known latex allergies
          Latex Allergies
     Previously Recorded : No known other allergi
          Other Allergies

--------------------------------------------------------------------------

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|----------|--------------|-----------|--------------|-----|-----|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

--------------------------------------------------------------------

Anesthesia Attending Pre-Op Note
Event Time: Fri, 27 Aug 2010  10:58                Status: complete
Allergy Verification
|    Allergy Verification: allergies are correct
|      When Verified: allergies verified on 27 Aug 2010  10:58 am

Social History          : Denies smoking, alcohol or substance use.

Ht/Wt/BMI
|       Height: 168 centimeters
|       Weight: 76 kilograms
|          BMI: 27

Latest Vital Signs
|     Respirations: 18
|             : No computerized documentation of VItal Signs
|               in the  past 8 hours.

Update Vital Signs
|         BP: 15/70 mmHg
|     Pulse: 60
|      Temp: 99.2 Fahrenheit
|      Resp: 15

Mallampati               : View II

Airway Assessment
|    Dentition: Poor hygiene. Dentures: Removable.   upper
|            Missing teeth. lower middle incisors missing
|      MHD: Three Finger breadth.
|       MO: Normal
|     Neck: Normal. Trachea midline.

Physical Exam
|     Findings: as documented
|        Lungs: Clear,equal bilaterally.
|        Heart: Normal heart sounds. Regular rhythm.
|    Abdomen: Soft, nontender, nondistended. Bowels sounds
|            present.
| Neurological: Awake,alert oriented.
|  Extremities: No cyanosis, clubbing, edema.  Right leg
|            immobilized in soft splint, able to move
|            digits distal to splint cap refill < 3 sec.

Review Lab Results
|  Blood Count
|  |  WBC (K/uL)            : 10.55

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

--------------------------------------------------------------------------

Anesthesia Attending Pre-Op Note
Event Time: Fri, 27 Aug 2010  10:58                    Status: complete
Review Lab Results (continued)
   Blood Count
     Hgb (g/dL)        : 13.4
     Hct (%)           : 40.9
     Plt (K/uL)        : 250 on 26 Aug 10  1219
   Coagulation
     PT  (sec)         : 11.2
     aPTT (sec)        : 16.9   on 26 Aug 10  1219
   Electrolytes/Glucose
     Na    (mmol/L)    : 140
     K     (mmol/L)    : 4.8
     Cl    (mmol/L)    : 103
     CO2   (mmol/L)    : 28 on 26 Aug 10  1450
     Gluc  (mg/dL)     : 137 on 26 Aug 10  1450
   Renal Function
     BUN   (mg/dL)     : 15
     Creat (mg/dL)     : 1.47
     Ca    (mg/dL)     : 9.6  on 26 Aug 10  1450
   Liver Function
     AST      (U/L)    : 51
     ALT      (U/L)    : 22
     Alk Phos (U/L)    : 41
     T.Bili (mg/dL)    : 0.6 on 26 Aug 10  1219

Diagnostic Tests
     EKG Date/Results: SR 68
   Chest XR Date/Results: No acute pulmonary disease

Consult Reviewed            : None required.

ASA Status                  : Class II: (Right tibial fracture)

Plan                        : NPO status reviewed.  R/B/A of General
                              Anesthesia/Regional Anesthesia/Mac discussed.
                              All questions & concerns addressed.
                              Intraoperative preemptive analgesia as
                              indicated; postoperative pain management
                              discussed.

Staff Discussion            : I have personally examined the patient and
                              reviewed their status immediately prior to
                              surgery. Anesthetic plan discussed with
                              peri-operative team.

Attending                   : Aleksandr Rozenberg, MD

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

--------------------------------------------------------------------

Anesthesia Attending Pre-Op Note
Event Time: Fri, 27 Aug 2010  10:58                    Status: complete

Signature(s):
27Aug 2010 11:00 signed    by Rozenberg,Aleksandr, MD          complete

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|----------|--------------|-----------|--------------|-----|-----|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

--------------------------------------------------------------------------

Anesthesia Attending PostOp Note
Event Time: Fri, 27 Aug 2010  14:46                    Status: complete

Date/Time                : Fri, 27 Aug 2010  1446

Procedure Performed      : orif of the right tibia

Anesthesia Type          : Regional: Spinal  unsuccsessful, converted to
                           General with LMA

Induction                : Smooth induction.

Intubation/Maintenance   : Atraumatic.

Intra-Operative Course   : Uneventful

Reversal                 : Uneventful.

Extubation               : Patient extubated once criteria met.

Transferred to           : Recovery.

Vital Signs
                     BP: 124/63 mmHg
                  Pulse: 60
                   Resp: 20
                   Temp: 97.8 Fahrenheit
                 O2 Sat: 100 %

Fluids/Bld Products
     Estimated Blood Loss: 20 mL
            Urine Output: 0 mL
              IV Fluids: 1800 mL
     Blood Products Given: none required
                  Comment: due to void

Statement                : I was present at all critical moments of
                           anesthesia and was immediately available
                           throughtout.

Completed by             : Aleksandr Rozenberg, MD

Signature(s):
27Aug 2010 14:47 signed   by Rozenberg,Aleksandr, MD              complete

--------------------------------------------------------------------------

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

------------------------------------------------------------------

Operative Report
Event Time: Fri, 27 Aug 2010  18:43                    Status: complete

Pre-Op Diagnosis          : Right Maisonneuve ankle fracture.

Post-Op Diagnosis         : Right Maisonneuve ankle fracture.

Procedure Date            : Fri, 27 Aug 2010

Anesthesia                : General.

Surgeon                   : Christopher Passariello, MD

Assistant(s)              : Meelan Patel, MD

Attending                 : Dante Trovato, MD

Wound Classification      : Clean.

ASA Classification        : 1.

Dictated by               : Christopher Passariello, MD

Dictation Date            :  Fri, 27 Aug 2010    1843

Estimated Blood Loss      : 5 mL.

Specimen Removed          : Fragmented medial malleolus.

Procedure Details
          PROCEDURE DATE:  08/27/2010

          MEDICAL RECORD #: 2501985-1

          PATIENT NAME: BLAKE, CHARLES

          SURGEON: Christopher Passariello, MD    ASSISTANTS: MEELAN
          PATEL, MD

          ATTENDING: Dante Trovato, MD


          PREOPERATIVE DIAGNOSIS(ES):

          Right Maisonneuve ankle fracture.

Page 1   of 1

Kings County Hospital Center
451 Clarkson Avenue
Brooklyn, NY    11203

P.T.Progress Note[Inpt]

Blake,Charles                 IP/DIS-D7S23-A                 MRN:  2501985
Age:  54Y    M

Wed, 01Sep 1129 P.T.Progress Note[Inpt]                        Status: complete
        Therapist              : Darneth Wilkinson, PTA
        Rehab Med Diag         : Closed dislocation of ankle
        Precautions            : NWB Right LE
        Subjective             : Subjective:Pt. denied c/o pain or discomfort.
        Objective              :

        Bed Mobility      : Mod (I).  Pt. pushed down in bed when
                            transitioning from supine<>short sitting at the
                            edge of the bed.
        TRANSFER:Sit<>Stand: Mod (I).  Pt. pushed down in bed when
                            transitioning from sit<>stand.
        Ambulation        : Pt. ambulated 150x2 with RW with Mod (I).
        Stair Negotiation: Pt. was able to negotiate 3 steps with 1handrail
                            and 1axillary crutch with Mod (I).

        Assessment             : Patient was encountered in bed alert and
                                 oriented.  Patient is in police custody.
                                 Patient's handcuffs were removed prior to
                                 therapy session.  Patient demonstrated safe
                                 transitioning from supine to short sitting to
                                 standing during ambulation and stairs
                                 negotiation.  Patient demonstrated good
                                 endurance during therapy session today.
                                 Patient was able to negotiate stairs without
                                 difficulties.  Patient adheres to weight
                                 bearing precaution during bed mobility and
                                 stairs negotiation.  Patient has met all
                                 goals as per PT initial evaluation.
                                 Supervising PT and patient's nurse was made
                                 aware.  Patient was given one crutch for
                                 stairs negotiation.  A prescription for
                                 rolling walker was placed in patient's
                                 chart.  Patient was left in bed with police
                                 officer present.  Patient tolerated treatment
                                 well with no new complaint.
        Plan                   : Pt has met all goals as per PT initial
                                 evaluation.
        Therapy Duration       : 30 min
        Therapy Timed          : Gait Train:20 min 1 U Therpeutc Trn:10 min 1
                                 U

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

------------------------------------------------------------------------
Operative Report
Event Time: Fri, 27 Aug 2010  18:43                    Status: complete

Procedure Details

POSTOPERATIVE DIAGNOSIS(ES):

Right Maisonneuve ankle fracture.


PROCEDURE DONE:



ANESTHESIA:

General.


ASA CLASSIFICATION:

1.


WOUND CLASSIFICATION:

Clean.


ESTIMATED BLOOD LOSS:

5 mL.


SPECIMEN REMOVED:

Fragmented medial malleolus.

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

----------------------------------------------------------------

Operative Report
Event Time: Fri, 27 Aug 2010  18:43                    Status: complete

Procedure Details

        COMPLICATIONS:


        IV FLUIDS:  1200 mL lactated Ringer's.


        FINDINGS:


        PROCEDURE:  This is a 57-year-old male who was seen yesterday in the

        emergency room after suffering a right ankle injury after an altercation.

        The patient denied any previous injuries.  On x-ray, the patient was found to

        have Maisonneuve type right ankle fracture with a small fragment of the

        medial malleolus fracture.  The patient also had a high fibula fracture

        approximately 3 cm from the fibular head.  Patient was closed reduced and

        splinted in the emergency room with acceptable post reduction films.  He was

        admitted for ice and elevation.  Risks and benefits of surgery were discussed

        with the patient.  Risks included, but were not limited to: Bleeding,

        infection, loss of range of motion of ankle, loss of limb, neurovascular

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|----------|-------------|-----------|--------------|-----|-----|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD
--------------------------------------------------------------------
Operative Report
Event Time: Fri, 27 Aug 2010  18:43                    Status: complete

Procedure Details
          damage, persistent pain, persistent swelling, persistent
          numbness, early

          arthritis.  Questions were answered and informed consent was
          obtained.  The

          patient was taken to operating room 8 and appropriate time-out
          was performed.

          A tourniquet was placed on the right lower extremity.  The
          right lower

          extremity was sterilely prepped and draped.  The right lower
          extremity was

          exsanguinated and the tourniquet was inflated to 300 mmHg.
          Total tourniquet

          time for the case was 1 hour and 10 minutes.  An incision was
          then made

          directly over the medial malleolus.  It is noted that the
          fracture on the

          medial malleolus appeared to be chronic as there was abundant
          callus and no

          hematoma.  The callus was incised, and the medial malleolus
          fragment was very

          small.  At that time, it was decided to excise the medial
          malleolus segment

          as there was abundant posteromedial malleolus.  A Mitek suture
          anchor was

          then placed in the medial malleolus, and the deltoid ligament
          was sutured

          with a Kessler type.  A small incision was then made over the
          lateral

          malleolus in the area of the syndesmosis.  Sharp dissection was

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

--------------------------------------------------------------------

Operative Report
Event Time: Fri, 27 Aug 2010  18:43              Status: complete

Procedure Details
        down to the

        fibula exposing.

        A 2-hole plate was then selected.  A pelvic reduction clamp was
        then placed

        on the medial and lateral malleolus, closing down the
        syndesmosis.  A 2.5

        drill bit under fluoroscopic guidance was then placed from
        lateral to medial.

         This was done in both holes of the plate.  Two 3.5 cortical
        screws were then

        placed, closing down the syndesmosis.  The clamp was then
        removed, and the

        syndesmosis was deemed to be reduced in the mortise
        radiographs.  The deltoid

        ligament was then tied to the suture anchor.  Copious
        irrigation was done at

        this time.  Deep 0 Vicryl sutures were placed in both wounds.
        Skin was

        closed using interrupted 2-0 Vicryl sutures and 3-0 nylon for
        the skin.  It

        is noted that on inspection of the joint, there was a large
        osteochondral

        defect in the medial talus.  This was drilled with a 2.0
        K-wire.  The patient

        tolerated the procedure well and was transferred stable to the
        PACU.  He will

        be nonweightbearing on the right lower extremity.  He was
        placed in an AO

--------------------------------------------------------------------

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|----------|--------------|-----------|--------------|-----|-----|
| DIS-D7S23-A | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

Attending Physician
Wadhwa,Ram, MD

--------------------------------------------------------------------

Operative Report
Event Time: Fri, 27 Aug 2010  18:43                    Status: complete

Procedure Details
          splint for comfort.


          Dictated by: Christopher Passariello, MD          Dante
          Trovato, MD

          MT: 5552448

          D: 08/27/2010 / T: 08/28/2010

          TIME: 16:30

          Job #: 44132


          Last Edited on: 08/28/2010




Signature(s):
10Sep 2010 12:38 verified by Trovato,Dante, MD          complete
28Aug 2010 16:47 signed    by                           unverified

Page 1   of 2

Kings County Hospital Center
451 Clarkson Avenue
Brooklyn, NY    11203

P.T.Initial Eval[InPt]

Blake,Charles            IP/DIS-D7S23-A            MRN:   2501985
Age:   54Y     M

Sat, 28Aug 1359 P.T.Initial Eval[InPt]            Status: complete
            Date/Time            : Sat, 28 Aug 2010  1400
            Therapist            : Stacyann Claxton, PT
            Referring MD         : Marcel G Bayol, MD
            Rehab Med Diag       : Closed dislocation of ankle
            Functnl Prob         : inability to walk
            Date of Onset        : 26Aug2010
            Precautions          : NWB Right LE
            Referral Date        :  Fri, 27 Aug 2010
            Prior Lvl of Func    : Independent
            HPI/Past Hx          : Pt is a 52 y/o male admitted to KCHC on
                                   8/26/2010 for right ankle closed
                                   dislocation fracture after an
                                   altercation with another gentleman.
                                   Pt is s/p ORIF for right ankle
                                   fracture on 8/27/2010. PMed Hx: None
                                   Social Hx: Pt lives in an apt with
                                   elevator access with his wife. Pt
                                   ambulated independently PTA
      Cognitive Status           : Alert/Oriented x 3, Breathing room air,
                                   Able to follow simple commands, NAD

      Physical  Eval             :

            BUE         : AROM  WFL  MMT(Norm:5/5)
            LLE         : AROM  WFL  MMT(Norm:5/5)
            (R) Hip     : AROM  WFL  MMT(Fair:3/5)
            (R) Knee    : not tested.
            (R) Ankle   : not tested
            Muscle Tone       : (normal)
            Reported Pain : Pt complained of 8/10 pain in the RLE. Nursing staff
                            informed of pt's status
            Light Touch   : (intact)
            Skin Integrity    : intact

      Functional Eval            :

            Static  Sitting : Normal
            Dynamic Sitting : Normal
            Static Standing : Fair (+)
            Dynamc Standing : Fair (+)
            Falls Assessment: FallsRisk: yes Intvtn: Pt education
                              FallsSftyPrvtn: yes
            Bed Mobility      : (Modified Indepndnt)
            TRANSFER:Sit<>Stand: (Supervise/setup)

Page 2   of 2

P.T.Initial Eval[InPt]

Blake,Charles                IP/DIS-D7S23-A                MRN:   2501985

Sat, 28Aug 1359 P.T.Initial Eval[InPt] -- cont'd
          Ambulation        : Pt was able to ambulate 50ft w/ RW and
                              supervision. NWB RLE
          Stair Negotiation: not tested

     Goals & Plan              :

          Long Term Goals: 3 days
          Musc Strength  : increase to WFL
          Balance        :  Improve static standing  Improve dynamic standing
                            good
          Transfers      : (Modified I)
          Ambulation     : Pt will be able to ambulate 100ft w/ bilateral
                            axillary crutches and Mod I
          HEP            : Perform HEP independently.
          Treatment Plan      : Pt will be seen for 30min of bedside therapy
                                2-3x for 3 days. Pt will perform transfer
                                training, gait training and therapeutic
                                exercises
          Pt/Family Goals     : Pt wants to be able to go home
          Goals/Trtmnt Discussn: Patient in agreement.
          Discharge Plan      : Patient will be discharged home with HEP.

     Total Therapy Time      : 30 min
     *                       :

                              ^|||inability to walk|Marcel G Bayol, MD|NWB
                              Right LE|
     **                      :
                                                        ^|||||

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| Fracture - 205 | Blake,Charles | 2501985 | 2501985-8 | 54Y | M |

Attending Physician

--------------------------------------------------------------

Ambcare Note:Orthopedic Clinic
Event Time: Tue, 21 Dec 2010  12:12               Status: complete
Primary  Diag            : 824.8: Closed fracture of ankle unspecified

E/M & Procedure(s)       : 99212: Office/outpatient visit est

Return Visit             : two months

Signature(s):
21Dec 2010 16:07 verified by Goldman,Ariel, MD          complete
21Dec 2010 12:16 signed   by Russo,Christen, MD          unverified

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|----------|--------------|-----------|--------------|-----|-----|
| Fracture - 205 | Blake,Charles | 2501985 | 2501985-3 | 54Y | M |

Attending Physician
--------------------------------------------------------------------

Ambcare Note:Fracture Clinic
Event Time: Tue, 28 Sep 2010  09:58                 Status: complete

Visit Date/Time          : Tue, 28 Sep 2010  0958

Visit Provider           : Ardalan Nourian, MD

Billing Provider         : Ariel Goldman, MD

Ambcare Service          : Fracture - 205

Preceptor                : Ariel Goldman, MD

HPI/Note
          s/p ORIF Of R ankle.  Pt returns 1 month after d/c 2/2 to being
          in jail until recently.  No complaints

          cast removed
          sutures removed
          wound c/d/i
          mild TTP at the ankle
          hardware in place
          +ehl, gs, ta
          Silt

          a/p:
          -placed in SLC
          Cont NWB
          Rtc 1 month

Prev. Past Surg Hx       : PSH reviewed

    Past Surgical History: no additional past surgical history

Review of Systems
|                    # ROS: 0

Vital Signs/Pain         : Vital Signs/Ht/Wt/Pk Flow
|  BP                     : 120/80 mm Hg

Physical Exam
|                    # PE: 0

Tobacco Assessment
|  Tobacco Use Status     : Never Smoker

Primary  Diag            : 837.0: Closed dislocation of ankle

_____
Printed by King,Tishana on 28 Mar, 2012  10:04 am

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| Fracture - 205 | Blake,Charles | 2501985 | 2501985-3 | 54Y | M |

Attending Physician
----------------------------------------------------------------------

Ambcare Note:Fracture Clinic
Event Time: Tue, 28 Sep 2010  09:58            Status: complete
E/M & Procedure(s)        : 99213: Office/outpatient visit est

Return Visit              : one month

Signature(s):
28Sep 2010 10:07 verified by Goldman,Ariel, MD            complete
28Sep 2010 10:01 signed    by Nourian,Ardalan, MD          unverified

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| Amb Surg P/A Test - 684 | Blake,Charles | 2501985 | 2501985-6 | 54Y | M |

Attending Physician

--------------------------------------------------------------

Ambcare Note:PreAdmit
Event Time: Tue, 7 Dec 2010  10:02                Status: complete

Visit Date/Time          : Tue, 07 Dec 2010  1002

Visit Provider           : Richard Wegener, PA

Billing Provider         : Azad Amin, MD

Ambcare Service          : Amb Surg P/A Test - 684

Preceptor                : Azad Amin, MD

HPI/Note                 : 52 y.o. male here for removal of hardware,
                           right ankle, s/p ORIF in 8/10.

Patient History
| Health History
|   Medical Hx          : right ankle fx
|   Surgery Hx          : No significant pulmonary hx.
|   Pulmonary Hx        : No significant cardiology hx.
|   Cardiology Hx       : None
| Social History
|   Smoking             : previously smoked  quit 15-20 years ago
|   Alcohol             : occasional drinker
|   Substance Abuse     : quit using 15-17 years ago
|                         cocaine/crack/heroin/pot

Current Medications      : none

Review of Systems
|              General: negative
|       Ophthalmologic: negative
|       Otolaryngologic: negative
|       Cardiovascular: negative
|          Respiratory: negative
|                   GI: negative
|                   GU: negative
|          Rheumatology: negative
|        Integumentary: negative
|          Neurological: negative
|          Psychiatric: negative
|             Endocrine: no problems with endocrine system
|             Hem/Lymph: negative

Pain Assessment
|          Pain Present: no

--------------------------------------------------------------

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| Amb Surg P/A Test - 684 | Blake,Charles | 2501985 | 2501985-6 | 54Y | M |
| | | | Attending Physician | | |

---------------------------------------------------------------------

Ambcare Note:PreAdmit
Event Time: Tue, 7 Dec 2010  10:02                    Status: complete

Vital Signs
    BP                    : 104/67 mm Hg
    Pulse                 : 69 bpm
    Respirations          : 16
    Temperature           : 98 Fahrenheit
    Height                : 168 centimeters
    Weight                : 74.39 kilograms
    BSA - Adult           : 1.84
    BMI                   : 26.3
    BMI Status            : Overweight

Physical Exam
    General               : in no acute distress,
    Head                  : normal
    Eye                   : normal
    ENT/Mouth             : normal
    Lymph                 : normal
    Neck                  : normal
    Chest                 : clear
    Abdomen               : soft,
    Back                  : normal
    Extremities           : normal
    Neurological          : normal

Primary Diag              : 824.8: Closed fracture of ankle unspecified

E/M & Procedures          : 99205: Office/outpatient visit new

Addtional Note            : will refer to B bldg to have "Pct 77" removed
                            from name.

Signature(s):
 8Dec 2010 07:13 verified by Amin,Azad, MD              complete
 7Dec 2010 10:12 signed   by Wegener,Richard, PA        unverified

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| Fracture - 205 | Blake,Charles | 2501985 | 2501985-4 | 54Y | M |

Attending Physician

--------------------------------------------------------------

Ambcare Note:Orthopedic Clinic
Event Time: Tue, 26 Oct 2010  12:09                Status: complete

Visit Date/Time          : Tue, 26 Oct 2010  1209

Visit Provider           : Brock Adams, MD

Billing Provider         : Ariel Goldman, MD

Ambcare Service          : Fracture - 205

Preceptor                : Ariel Goldman, MD

HPI/Note
          2 mo s/p ORIF R ankle.  NWB in cast.
          PE
          R ankle - mild pain over screws
          Skin intact
          NVI
          Xray: maintained ankle mortise
          Plan
          Advance to PWB
          Dc cast - camwalker
          Rtc 1 mo

Prev. Past Surg Hx        : PSH reviewed

    Past Surgical History: no additional past surgical history

Review of Systems
|                     # ROS: 1
                      General: see hpi

Vital Signs/Pain          : Vital Signs/Ht/Wt/Pk Flow
|  BP                      : 0/0 mm Hg

Physical Exam
|                     # PE: 1
                      General: see hpi

Tobacco Assessment
|  Tobacco Use Status      : Unknown if Ever Smoked

Primary  Diag             : 837.0: Closed dislocation of ankle

E/M & Procedure(s)        : 99212: Office/outpatient visit est

Return Visit              : one month
--------------------------------------------------------------

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| Fracture - 205 | Blake,Charles | 2501985 | 2501985-4 | 54Y | M |

Attending Physician
--------------------------------------------------------------------

Ambcare Note:Orthopedic Clinic
Event Time: Tue, 26 Oct 2010  12:09              Status: complete

Signature(s):
26Oct 2010 12:27 verified by Goldman,Ariel, MD          complete
26Oct 2010 12:11 signed   by Adams,Brock, MD            unverified

Kings County Hospital Center        **Financial Clearance:**  <u>No Clearance Yet</u>
      Brooklyn, NY 11203            **ASU Clearance:**       <u>No Clearance Yet</u>

**Original Booking:** 12/07/10 1002  **Last Modification:**  12/08/10 0713  **Current Time:** 03/28/12 1004

**Patient:** Blake,Charles              **MR#:** 2501985      **Visit#:** 2501985-6
**Age:** 54Y  **Sex:** M  **Tel. No. (Main Contact/Work)** _____      **(Home)** (347) 686-1716

<u>**Pre-Admission Testing/Booking Form**</u>
  **Pre-op Dx:**
  **Operative Procedure:**                                    **Procedure Date:**

  **Site/Side of Body:**
  **Nature:**                    **Procedure Duration:**      **Venue:**
  **Special Requests:**

  **Primary Surgeon:**            **Primary Surgeon Service:**
  **Secondary Surgeon:**          **Secondary Surg Service:**
  **Resident Surgeon:**

  **Prohylactic Antibiotics:** No


<u>**Procedure/Diagnostic/Financial Information:**</u>
  **Hypertension:**        **Anestheisa:**        **Diabetes:**              **Crnt Smoker:**
  **Transfusion Contraind.:**            **Blood Pressure**
  **Insurance:**

<u>Medications Causing Allergy</u>                    <u>Symptoms</u>
No known medication allergies 07 Dec  10 0920

<u>Non Medical Allergen(s)</u>                       <u>Symptoms</u>
No known non-medication allergies 07 Dec 10 0920

<u>**Test(s) Requested Prior to Operative Procedure and Their Status(es)**</u>

<u>**Consult Sheet:**</u>

  **Name & ID#:** Wegener,Richard, PA  903005
  **Phone/Beeper#:** _____

```
Wed, 28 Mar 12  0958                                    Page  1 of 3
User ID: 14034
                       Kings County Hospital Center
                          Chart Review Print
```

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-D7S23-AD | Blake,Charles | 2501985 | 2501985-1 | 54Y | M |

```
                                 Attending Physician
                                 Wadhwa,RamWadhwa,Ram
```

--------------------------------------------------------------------------

```
Ortho Emerg Dept Consult
Event Time: Thu, 26 Aug 10  1521                    Status: complete

Thu, 26 Aug 10  1522   Documented by Ardalan Nourian, MD

Consult Date/Time       : 26Aug2010 1521
Consultation Report     : See h and p
Diagnosis               : Closed dislocation of ankle
Consultant              : Ardalan Nourian, MD
Consultant ext/pager    : ortho
Verifying Attending     : Ariel Goldman, MD
```
--------------------------------------------------------------------------

Wed, 28 Mar 12   0958                                          Page   2 of 3
User ID: 14034
                        Kings County Hospital Center
                            Chart Review Print

Location          Patient Name              Patient Number   Visit Number   Age   Sex
DIS-D7S23-AD      Blake,Charles             2501985          2501985-1      54Y   M


                                            Attending Physician
                                            Wadhwa,RamWadhwa,Ram

--------------------------------------------------------------------------------
Rehab Med Inpatient Consult
Event Time: Fri, 27 Aug 10  0946                      Status: supplemental

Sat, 28 Aug 10   0125    Documented by Marcel G Bayol, MD

Consult Date/Time      : 27Aug2010 0946
Consultation Report    : Re: Mr. Charles Blake

                         Dr. Tejani has referred this patient for PM&R
                         consultation
                         The 52 year old male was admitted to the hospital on
                         the orthopedics service since 8/26/2010 for right
                         ankle fracture dislocation fracture
                         He underwent a surgical operation for reduction and
                         fixation of the fractures; the weight bearing status
                         of the right lower extremity
                         He lives in an apartment building with elevator and
                         his apartment is located on the 11th floor,
                         He can tolerate skilled rehabilitation therapies
                         he is referred to physical therapy, for further
                         evaluation and bedside rehabilitation intervention
                         Goals: ambulation with axillary crutches

                         Thank you for consulting with Rehabilitation
                         Medicine

                         Marcel Gaetjens Bayol, M.D.
                         Attending Physician
                         Rehabilitation Medicine
                         718 245 7298
Diagnosis              : Closed dislocation of ankle
Consultant             : Marcel G Bayol, MD
Consultant ext/pager   : 7298
Verifying Attending    : Marcel G Bayol, MD
--------------------------------------------------------------------------------

```
Wed, 28 Mar 12  0958                                    Page  3 of 3
User ID: 14034
                       Kings County Hospital Center
                          Chart Review Print

Location          Patient Name              Patient Number   Visit Number    Age     Sex
DIS-D7S23-AD      Blake,Charles             2501985          2501985-1       54Y     M


                                            Attending Physician
                                            Wadhwa,RamWadhwa,Ram
```

-------------------------------------------------------------------------

```
PMR TxRef PT
Event Time: Sat, 28 Aug 10  1200                        Status: complete

Sat, 28 Aug 10  1200   Documented by Stacyann Claxton, PT

Referring MD        : Marcel G Bayol, MD
Date Referred       : Sat, 28 Aug 2010
Medical  Diagnosis  : Closed dislocation of ankle
Functnl Problem     : inability to walk
Therapy Goals       : Time Frame: 2 days Ambulation with Crutch 55 ft.
                      Patient demonstration of HEP.
Precautions         : NWB Right LE
Plan of Care        : referred to PT for evaluation and intervention Axillary
                      Crutch Eval. Ambulation Training. HEP. Therapy: 3-5x/wk
                      for 33 min as tolerated
Disciplines         : Physical Therapy
Initial PT          : Stacyann Claxton, PT
```

-------------------------------------------------------------------------


```
                    * * * End of Report * * *
```

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| Fracture - 205 | Blake,Charles | 2501985 | 2501985-5 | 54Y | M |

Attending Physician

--------------------------------------------------------------------

Ambcare Note:Fracture Clinic
Event Time: Tue, 30 Nov 2010  14:07                Status: complete

Visit Date/Time          : Tue, 30 Nov 2010  1407

Visit Provider           : Monet France, MD

Billing Provider         : Ariel Goldman, MD

Ambcare Service          : Fracture - 205

Preceptor                : Ariel Goldman, MD

HPI/Note
          52 yr old male is 3 months s/p ORIF R ankle fx (syndesmotic
          injury).
          PMH: Denies

          RLE:
          Incision well healed
          Minimal edema to medial ankle
          Motor/sensation to toes intact grossly
          DP pulse intact
          Good AROM at ankle

          Xrays today reveal acceptable bony alignment; hardware in place

          a/p: as above
          -wbat
          -tentative surgery for ROH 12/6/2010
          Patient contact 347-359-7653

Prev. Past Surg Hx       : PSH reviewed

     Past Surgical History: unable to assess past surgical history at this
                            time

Review of Systems
                    # ROS: 1
                    General: see hpi

Vital Signs/Pain         : Vital Signs/Ht/Wt/Pk Flow
   Comment               : .

Physical Exam
                    # PE: 1
                    General: see hpi

_____

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|----------|-------------|-----------|-------------|-----|-----|
| Fracture - 205 | Blake,Charles | 2501985 | 2501985-5 | 54Y | M |

Attending Physician

--------------------------------------------------------------------------

Ambcare Note:Fracture Clinic
Event Time: Tue, 30 Nov 2010  14:07              Status: complete

Tobacco Assessment
| Tobacco Use Status      : Unknown if Ever Smoked

Primary  Diag                : 824.8: Closed fracture of ankle unspecified

E/M & Procedure(s)           : 99212: Office/outpatient visit est

Return Visit                 : booked for surgery

Signature(s):
 8Dec 2010 16:47 verified by Goldman,Ariel, MD            complete
30Nov 2010 14:10 signed   by France,Monet, MD             unverified



### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
#### DANIEL PATRICK MOYNIHAN COURTHOUSE
#### 500 PEARL STREET
#### NEW YORK, NEW YORK 10007

PRO SE OFFICE
Room 230

RUBY J. KRAJICK
Clerk of Court

## <u>HOW TO AMEND YOUR COMPLAINT</u>

You may be able to file an amended complaint if you want to: (1) insert the real names of defendants whom you sued as John Does; (2) add new defendants; (3) add new claims; or (4) add critically important facts.

**Once an amended complaint is filed, it replaces the original.** It does not simply add to the original complaint. Therefore, it is important that you include in the amended complaint all the necessary information that was contained in the original complaint. You should review your original complaint before filing an amended complaint to make sure everything that is important from the original complaint is included in the amended complaint. Anything not included in the amended complaint will be dropped from your case.

Your amended complaint should be titled "Amended Complaint" on the first page and must include your docket number. Any amended complaints filed after that should be titled "Second Amended Complaint," "Third Amended Complaint," etc.

**You may file an amended complaint <u>one time</u> without the Court's permission** only if you do so: (1) within 21 days of serving your original complaint on the defendant(s); or (2) within 21 days after the defendant(s) served you with an answer or a motion to dismiss. Otherwise, if you are not within these deadlines or have already filed one amended complaint, you must obtain either the defendants' written agreement or the Court's permission. <u>See</u> Fed. R. Civ. P. 15(a).

## <u>PERMISSION TO FILE AN AMENDED COMPLAINT</u>

If you need the Judge's permission to file an amended complaint (because you are outside the time permitted to file an amended complaint without the Court's permission, or because you have already filed one amended complaint), you must file a "Motion to Amend."

**A motion to amend should include four things:** (1) a Notice of Motion, which states that you are filing a motion to amend. It must contain the caption of the case, the docket number and the name of the motion: "Plaintiff's Motion to Amend the Complaint"; (2) an Affirmation, which tells the Judge why you want to amend your complaint. The affirmation contains only facts, not legal arguments. By signing your affirmation, you are swearing under penalty of perjury that what you have written is true; (3) a proposed Amended Complaint *with your*

*original signature*, and (4) a Memorandum of Law (optional for *pro se* litigants), which contains a brief summary of significant facts (referencing specific sections of your affidavit and any exhibits filed along with your motion), relevant laws, including case law, and your argument about how the law applies to your motion to amend.

## SERVICE OF YOUR AMENDED COMPLAINT

If the motion to amend your complaint is granted (or if you were able, under the Rules, to file an amended complaint without the Court's permission), **you must serve your amended complaint upon all parties named in that complaint.** How you do that depends on the status of each defendant.

- **If a defendant is named for the first time in the amended complaint,** you must serve a copy of the Summons and Amended Complaint on that defendant. If you have been granted *in forma pauperis* status, you may have the U.S. Marshal Service serve the Summons and Amended Complaint and file proof that service was completed with the Court. If you cannot use (or choose not to use) the U.S. Marshal Service, you must follow the rules for serving a complaint (including that you, as a party, cannot personally deliver the Summons and Amended Complaint to the new defendant). Once the new defendant is served, the original Summons must be filed with the Court with an Affirmation of Service, showing how and when the defendant was served. For more information, review the "How to Serve the Summons and Complaint" handout.

- **If a defendant was named in the original complaint but either (i) was not served with a copy of the Summons and original Complaint or (ii) was served but has not appeared in the case,** you must serve a copy of the Summons and Amended Complaint on that defendant. If you have been granted *in forma pauperis* status, you may have the U.S. Marshal Service serve the Summons and Amended Complaint and file proof that service was completed with the Court. If you cannot use (or choose not to use) the U.S. Marshal Service, you must follow the rules for service of a complaint (including that you, as a party, cannot personally deliver the Summons and Amended Complaint to the new defendant). Once this defendant is served, the original Summons must be filed with the Court with an Affirmation of Service, showing how and when the defendant was served. For more information, review the "How to Serve the Summons and Complaint" handout.

- **If a defendant has appeared in the case (either through a lawyer or on his or her own behalf),** you may mail that defendant a copy of the Amended Complaint and file with the Court an Affirmation of Service showing that you mailed a copy of the Amended Complaint to the defendant's lawyer (or the defendant if the defendant is representing him or herself). You do not need to include a Summons. You must file proof that service was completed with the Court at the time you file your Amended Complaint.

2

PRO SE OFFICE
# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK  10007

RUBY J. KRAJICK
CLERK OF COURT

## IF YOU HAVE NAMED "JOHN DOE" DEFNDANTS

In the event that you do not know the name of a defendant, you may refer to that defendant as John Doe or Jane Doe and include as much information as will help to identify who the person is. For example, if the defendant is a prison correction officer, he may be identified in the complaint as "Correction Officer John Doe who was on duty at Green Haven Correctional Facility in A Block at 8:00 p.m. on January 6, 2007." You cannot serve papers on any unidentified defendant who may be designated as "John Doe" in the caption of your complaint. Thus, John Doe's real identity will need to be determined in order to serve the complaint. You may use the discovery process to ascertain the true identity of your John Doe defendant. Once you have identified your John Doe, you must then amend your complaint to replace the name John Doe with his real name.

You should review any documents or other types of information you may already have in your possession to determine if the identity of your John Doe defendant is revealed. You should note that some incidents, such as those in which the police or correctional officials are involved, may require that specific reports or paperwork be prepared. You may ask the appropriate officials for copies of the reports or paperwork, as these reports may identify the individual involved in the events giving rise to your claim. Additionally, you may wish to review any medical records that were prepared as a result of the events you experienced, so that you may review the information to determine if your John Doe's identity is included.

If some of your defendants are identified, but some are not

If your complaint names as defendants identified parties (such as the City of New York or a Warden or Sergeant at the correctional facility where the events took place), in addition to a John Doe defendant, you should serve the identified parties with the complaint and then use interrogatories (written questions) to ascertain the identity of your John Doe defendant.

- Interrogatories should be served as soon as possible, as the statute of limitations period is not tolled while you search for the identity of your John Doe defendant.
- Interrogatories may be served with the summons and complaint on any defendant who is already identified. If you have been granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915, you may submit your papers to the United States Marshals Service, who will serve the summons and complaint, as well as any interrogatories you prepare. Please review the instructions which were sent to you so that you may prepare the paperwork for the Marshals properly.
- If the complaint has already been served upon a defendant and that defendant has filed an Answer to the complaint, you may serve your interrogatories by regular mail on the attorney who is representing the defendant (the attorney's name and address will be listed at the end of the Answer).
- You should prepare your interrogatories so that they provide as much information as

1

possible in order for the defendant who receives them to identify your John Doe defendant. For example, you must provide the date, time and specific location of the events involving your John Doe defendant. If possible, you should include a physical description of your John Doe defendant, or other identifying information such as a shield or badge number.

- You should keep a copy of any interrogatories you serve. You must not send a copy of your interrogatories to the *Pro Se* Office or the Judge assigned to your case. Local Rule 5.1 specifically prohibits the filing of discovery materials without the express permission of the Judge.

## If you have not identified any of your defendants

If your complaint names <u>only</u> John Doe defendants, and you have been unable to determine their identities, you must write a letter to the Judge assigned to your case to seek assistance in identifying your John Doe defendants pursuant to <u>Valentin v. Dinkins</u>, 121 F.3d 72 (2d Cir. 1997). In your letter you should provide as much information as possible, including the date, time and specific location of the events involving your John Doe defendants. If possible, you should include a physical description of your John Doe defendants, or other identifying information such as a shield or badge numbers. If the Judge grants your request, and your John Doe defendants can be identified, you will be notified as to the real names of your defendants.

## How to amend your complaint

Once you have identified the John Doe defendants, you must amend your complaint to include the names of these defendants in the Caption of your action, as well as in the Statement of Claim. An amended complaint does not simply add to the first complaint. Once an amended complaint is filed, it completely replaces the original. Therefore, it is important that you include in the amended complaint all the necessary information that was contained in the original complaint. Rule 15(a) of the Federal Rules of Civil Procedure govern amended complaints. It states that:

(1) A party may amend its pleading once as a matter of course within:
(A) 21 days after serving it, or
(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), which ever is earlier.
(2) In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Please review the instructions on How to Amend Your Complaint distributed by the *Pro Se* Office for more details regarding the procedures for amending your complaint once you have identified your John Doe defendants. If you have any questions, please contact the *Pro Se* Office, (212) 805-0175, during business hours, 8:30am - 5:00pm, Monday - Friday (except federal holidays). Please note that the *Pro Se* Office cannot accept collect calls.

*Rev. 05/2010*

REVIEW iNFoRMAtion oN pAges
3 And 4, 5,

RelAting to the gRiEVANCE

Just REAd the pAges And
mAtch REspoNes FRom YouR ORiginAl
CompLAint

(Facts)

        Burglry) POSSession (Wap4th)

Sit → 25) (45 people)
Jerusa        Cell 7
                GRievance
                # FKN)
(1)        )    980N/12

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|----------|-------------|-----------|--------------|-----|-----|
| Ambul Surg | Blake,Charles | 2501985 | 2501985-7 | 54Y | M |

Attending Physician
-------------------------------------------------------------------

Operative Report
Event Time: Fri, 10 Dec 2010  10:53                Status: complete

Pre-Op Diagnosis          : Retained ankle hardware, right.

Post-Op Diagnosis         : Retained ankle hardware, right.

Procedure Name            : Removal of hardware, right ankle.

Procedure Date            : Fri, 10 Dec 2010

Anesthesia                : General.

Surgeon                   : Monet France, MD

Attending                 : Dante Trovato, MD

Wound Classification      : Clean.

ASA Classification        : 2.

Dictated by               : Monet France, MD

Dictation Date            :  Fri, 10 Dec 2010    1053

Estimated Blood Loss      : Minimal to none.

Specimen Removed          : 2 syndesmotic screws, 3.5.

Procedure Details
        PROCEDURE DATE:  12/10/2010

        MEDICAL RECORD #: 2501985-7

        PATIENT NAME: BLAKE, CHARLES

        SURGEON: Monet A. France, MD    ASSISTANTS:  Sergei Pushilin, MS

        ATTENDING: Dante Trovato, MD


        PREOPERATIVE DIAGNOSIS(ES):

        Retained ankle hardware, right.

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| Ambul Surg | Blake,Charles | 2501985 | 2501985-7 | 54Y | M |

Attending Physician

--------------------------------------------------------------------

Operative Report
Event Time: Fri, 10 Dec 2010  10:53                    Status: complete

Procedure Details

    POSTOPERATIVE DIAGNOSIS(ES):

    Retained ankle hardware, right.


    PROCEDURE DONE:

    Removal of hardware, right ankle.


    ANESTHESIA:

    General.


    ASA CLASSIFICATION:

    2.


    WOUND CLASSIFICATION:

    Clean.


    ESTIMATED BLOOD LOSS:

    Minimal to none.


    SPECIMEN REMOVED:

    2 syndesmotic screws, 3.5.


    COMPLICATIONS:  None.

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| Ambul Surg | Blake,Charles | 2501985 | 2501985-7 | 54Y | M |

Attending Physician
--------------------------------------------------------------------
Operative Report
Event Time: Fri, 10 Dec 2010  10:53          Status: complete

Procedure Details

ANTIBIOTICS GIVEN:  Ancef 1 g IV x1 dose given in the operating room.

TUBES, DRAINS, PROSTHESES, GRAFTS, IMPLANTS:  2 syndesmotic screws, 3.5.

BLOOD REPLACEMENT::  Zero.

INSTRUMENT, SHARPS, AND LAP SPONGE COUNTS:  Correct.

IMMEDIATE POSTOPERATIVE CONDITION:  Patient was taken to recovery room in

stable and awake condition.

FLUID REPLACEMENT:  15 mL of LR.

INDICATIONS FOR PROCEDURE:  Patient is a 52-year-old male who underwent open

reduction, internal fixation of his right ankle fracture-dislocation

approximately 3 months ago.  He was followed up in clinic on a regular basis

and indicated for removal of 2 syndesmotic screws secondary to screw breakage

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| Ambul Surg | Blake,Charles | 2501985 | 2501985-7 | 54Y | M |

Attending Physician

--------------------------------------------------------------------

Operative Report
Event Time: Fri, 10 Dec 2010  10:53          Status: complete

Procedure Details
        prophylaxis.  Patient was evaluated by Anesthesia
        preoperatively and cleared

        for surgery.


        FINDINGS:


        PROCEDURE:  Patient was taken to the operating room and placed
        supine on the

        radiolucent table.  General anesthesia

        was administered and a well-padded tourniquet was placed to his
        right thigh.

        His right leg was prepped and draped in the usual sterile
        fashion.  Esmarch

        was used to exsanguinate the right lower extremity and
        tourniquet was then

        inflated.  A 2-cm incision was made directly over the prior
        incision down

        through the subcutaneous tissue, down over to the bone/plate.
        The 2

        syndesmotic screws were identified and removed with a screw
        driver.  The

        plate was then easily removed.  The screw holes, as well as the
        flat surface

        of the bone, distal fibular, were curetted of any granulation
        tissue.   The

        wound was irrigated thoroughly with saline solution and the
        wound was closed

        with 2-0 Vicryl and 3-0 nylon suture.  A Xeroform dressing was

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|----------|--------------|-----------|--------------|-----|-----|
| Ambul Surg | Blake,Charles | 2501985 | 2501985-7 | 54Y | M |

Attending Physician

--------------------------------------------------------------------

Operative Report
Event Time: Fri, 10 Dec 2010  10:53                    Status: complete

Procedure Details
          applied as

          well as gauze and a Tegaderm.  Ace bandage as well as an air
          cast was applied

          to the ankle.  Patient had x-rays confirm that the screws were
          both removed

          as well as the plate.  The patient was then awakened from
          anesthesia and

          taken to the recovery room in awake and stable condition.


          Dictated by: Monet A. France, MD              Dante Trovato,
          MD

          MT: 5555467

          D: 12/10/2010 / T: 12/10/2010

          TIME: 12:06

          Job #: 46605


          Last Edited on: 12/10/2010




Signature(s):
17Dec 2010 08:56 verified by Trovato,Dante, MD              complete
10Dec 2010 12:10 signed    by                               unverified


--------------------------------------------------------------------

                    Kings County Hospital Center
                        Chart Review Print

Location         Patient Name         Patient Number   Visit Number   Age   Sex
DIS-S3SA5        Blake,Charles        2501985          2501985-7      54Y   M

                                 Attending Physician

----------------------------------------------------------------------------

Histopathological Examination

Collection Time: 10 Dec 10  1050      Result Time: 14 Dec 10  1433
Collected by:   France,M/TrovatoD     Resulted by: SchnellerJ/Wang,Z
Specimen:       M(17375621)/M(17375696)Status: complete

Surg Case #      : Spec #17375621: 10 Dec 10  1050
                   Dept #S1012123: 10 Dec 10  1103 - screws and plate
Specimen         : Hardware
Gross by         : Zhenglong Wang, MD
Read by          : Janet A. Schneller, MD
Gross Desc       : The specimen is received in fresh and labeled as
                   "RETAINED HARDWARE". It consists of two screws measuring
                   5 cm in length with a diameter of 0.5 cm of each and one
                   hinge measuring 2.5 x 1 x 0.3 cm. The specimen is for
                   gross only and no section is submitted.
Batch Proc       : S1012123-A          Hardware
Summ Sectns      : Part:A Designation:Hardware Blocks:0 No. of Pieces:0 All
                   Used?:no
Final Dx         : SURGICAL HARDWARE.
Path Code        : (M-15010,T-D9500)
----------------------------------------------------------------------------


                     * * * End of Report * * *

Kings County Hospital Center
Lab Results Listed for Patient
26 Aug 2010 0000 to 2 Sep 2010 2359
for the chart review group(s): L/All Laboratory No  for the earliest/latest event times of 30,0

| Patient | Visit No./ DOB/Age | Visit Dt-Tm/ Location | Proc/Evt Time Orderer/Pt MD | Spec No. | Results |
|---|---|---|---|---|---|
| Blake,Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 Adult Emergency - 000 | Activated Partial Thromb 26 Aug 10 1219 16970595 Muresanu,Mircea, MD Wadhwa,Ram, MD | | Result D/T: 08/26/10 by: Gadsden,Lyndia, CLT Diagnosis: Closed dislocation of ankle (norm) Remark: Spec #16970595: 26 Aug 10 1219 (norm) aPTT (sec) : 16.9 (abn) |
| Blake,Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 Adult Emergency - 000 | CO-Oximetry 26 Aug 10 1219 16970595 Muresanu,Mircea, MD Wadhwa,Ram, MD | | Result D/T: 08/26/10 by: Balderamos-Mascoll,Nadya BE (mmol/L): 2.7 (norm) COHb (%): 0.9 (norm) Corr pCO2 (mmHg): 49.3 (norm) Corr pH: 7.367 (norm) Corr pO2 (mmHg): 29.4 (norm) HCO3 (mmol/L): 25.3 (norm) MetHb (%): 1.1 (norm) O2Hb (%): 50.4 (norm) PCO2 (mmHg): 49.3 (norm) Remark: Spec #16970595: 26 Aug 10 1219 (norm) p50 (mmHg): 28.77 (abn) pH: 7.367 (norm) pO2 (mmHg): 29.4 (norm) sO2 (%): 51.4 (norm) tHb (g/dL): 12.6 (abn) tO2 (vol%): 8.9 (abn) |
| Blake,Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 Adult Emergency - 000 | Comprehensive Metabolic 26 Aug 10 1219 16970595 Muresanu,Mircea, MD Wadhwa,Ram, MD | | Result D/T: 08/26/10 by: Rozhkova,Yelena, CLT ALT (U/L): 22 (norm) AST (U/L): 51 (abn) Albumin (g/dL): 4.4 (norm) Alk Phos (U/L): 41 (norm) Anion Gap: 10 (norm) BUN (mg/dL): 15 (norm) BUN/Creat Ratio: 10.3 (norm) CO2 (mmol/L): 24 (norm) Ca (mg/dL): 9.0 (norm) |

28 Mar 2012  1014  Generated by King,Tishana,

Kings County Hospital Center
Lab Results Listed for Patient
26 Aug 2010  0000 to 2 Sep 2010  2359
for the chart review group(s): L/All Laboratory No  for the earliest/latest event times of 30,0

| Patient | Visit No./ DOB/Age | Visit Dt-Tm/ Location | Proc/Evt Time Order/Pt MD | Spec No. | Results |
|---------|-------------------|----------------------|---------------------------|----------|---------|
| | | | | | Cl        (mmol/L): 103 (norm) |
| | | | | | Creat     (mg/dL): 1.46 (abn) |
| | | | | | D1: Na,K,Cl (norm) |
| | | | | | Diagnosis: Closed dislocation of ankle (norm) |
| | | | | | Gluc      (mg/dL): 105 (abn) |
| | | | | | Indices   (H): 272 (norm) |
| | | | | | Indices   (I): 1 (norm) |
| | | | | | Indices   (L): 17 (norm) |
| | | | | | K         (mmol/L): 5.5 (abn) |
| | | | | | Na        (mmol/L): 137 (norm) |
| | | | | | P1: CA,GLU,ALB,AST,CREA (norm) |
| | | | | | P2: L,H,I,BUN,TBIL,CO2,ALP (norm) |
| | | | | | Remark: Dept #CC983: 26 Aug 10  1219 (norm) |
| | | | | | Serum Indices: Grossly Hemolyzed (norm) |
| | | | | | T Prot    (g/dL): 7.5 (norm) |
| | | | | | T. Bili   (mg/dL): 0.6 (norm) |
| Blake,Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 Adult Emergency - 000 | Hemogram Auto Diff w/rfl 26 Aug 10  1219 16970595 Muresanu,Mircea, MD Wadhwa,Ram, MD | | Result D/T: 08/26/10 by: Gadsden,Lyndia, CLT |
| | | | | | Baso      (%): 0.4 (norm) |
| | | | | | Baso(K/uL): 0.04 (norm) |
| | | | | | Diagnosis: Closed dislocation of ankle (norm) |
| | | | | | Eos       (%): 0.6 (norm) |
| | | | | | Eos    (K/uL): 0.06 (norm) |
| | | | | | HDW       (%): 2.49 (norm) |
| | | | | | Hct       (%): 40.9 (abn) |
| | | | | | Hgb   (g/dL): 13.4 (abn) |
| | | | | | LI: 1.91 (norm) |
| | | | | | LUC       (%): 0.8 (norm) |
| | | | | | LUC   (K/uL): 0.08 (norm) |
| | | | | | Lshft Flag: + (norm) |
| | | | | | Lym   (K/uL): 1.27 (norm) |
| | | | | | Lymph (%): 12.1 (abn) |
| | | | | | MCH   (pg): 29.0 (norm) |

Kings County Hospital Center
Lab Results Listed for Patient
26 Aug 2010  0000 to 2 Sep 2010  2359
for the chart review group(s): L/All Laboratory No  for the earliest/latest event times of 30,0

| Patient | Visit No./<br>DOB/Age | Visit Dt-Tm/<br>Location | Proc/Evt Time<br>Order/Pt MD | Spec No. | Results |
|---------|------------------------|--------------------------|-------------------------------|----------|---------|
| | | | | | MCHC(g/dL): 32.7 (norm)<br>MCV   (fL): 88.6 (norm)<br>MPV   (fL): 9.3 (norm)<br>MPXI: -2.9 (norm)<br>Mono  (%): 4.3 (norm)<br>Mono(K/uL): 0.45 (norm)<br>Neut  (%): 81.9 (abn)<br>Neut (K/uL): 8.63 (abn)<br>Plt (K/uL): 250 (norm)<br>RBC (M/uL): 4.62 (norm)<br>RDW   (%): 13.1 (norm)<br>WBC (K/uL): 10.55 (norm)<br>Remark: Spec #16970595: 26 Aug 10   1219 (norm) |
| Blake,Charles | 2501985-1<br>12/22/1957<br>52Y | 08/26/10 1440<br>Adult<br>Emergency -<br>000 | Prothrombin Time<br>26 Aug 10  1219<br>Muresanu,Mircea,MD<br>Wadhwa,Ram, MD | 16970595 | Result D/T: 08/26/10 by: Gadsden,Lyndia, CLT<br>Baseline: no (norm)<br>Derived Fibrinogen: 123.9 (norm)<br>Diagnosis: Closed dislocation of ankle (norm)<br>Prothrombin Time: 11.2 (norm)<br>Pt on Coumadin?: no (norm)<br>Remark: Spec #16970595: 26 Aug 10   1219 (norm) |
| Blake,Charles | 2501985-1<br>12/22/1957<br>52Y | 08/26/10 1440<br>Adult<br>Emergency -<br>000 | Type and Screen Reflex<br>26 Aug 10  1219<br>no associated order aut<br>Wadhwa,Ram, MD | | Result D/T: 08/26/10<br>ABO Group: A (norm)<br>Ab Screen: Negative (norm)<br>Rh Type: Positive (norm) |
| Blake,Charles | 2501985-1<br>12/22/1957<br>52Y | 08/26/10 1440<br>Adult<br>Emergency -<br>000 | Type and Screen with DAT<br>26 Aug 10  1219<br>Muresanu,Mircea,MD<br>Wadhwa,Ram, MD | 16970595 | Result D/T: 08/27/10 by: Luis,Evelina, CLT<br>ABO Group: A (norm)<br>Ab Screen: Negative (norm)<br>Comment: notified by dr gordon on 8/26/10. (norm)<br>DAT: Negative (norm)<br>Diagnosis: Closed dislocation of ankle (norm) |

28 Mar 2012  1014  Generated by King,Tishana,

Kings County Hospital Center
Lab Results Listed for Patient
26 Aug 2010  0000 to 2 Sep 2010  2359
for the chart review group(s): L/All Laboratory No  for the earliest/latest event times of 30,0

| Patient | Visit No./ DOB/Age | Visit Dt-Tm/ Location | Proc/Evt Time Order/er/Pt MD | Spec No. Results |
|---|---|---|---|---|
| Blake, Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 Adult Emergency - 000 | Whole Blood Calcium, Ion 26 Aug 10 1219 16970595 Muresanu,Mircea, MD Wadhwa,Ram, MD | Remark: Spec #16970595: 26 Aug 10  1219  (norm) Requires Critical Call? yes (crit) Rh Type: Positive (norm) Result D/T: 08/26/10 by: Balderamos-Mascoll,Nadya Calcium Ionized (mg/dL): 4.94 (norm) Diagnosis: Closed dislocation of ankle (norm) Remark: Dept #CC983: 26 Aug 10  1219 (norm) |
| Blake, Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 Adult Emergency - 000 | Whole Blood Chloride 26 Aug 10 1219 16970595 Muresanu,Mircea, MD Wadhwa,Ram, MD | Result D/T: 08/26/10 by: Balderamos-Mascoll,Nadya Cl (mmol/L): 106 (norm) Diagnosis: Closed dislocation of ankle (norm) Remark: Dept #CC983: 26 Aug 10  1219 (norm) |
| Blake, Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 Adult Emergency - 000 | Whole Blood Glucose 26 Aug 10 1219 16970595 Muresanu,Mircea, MD Wadhwa,Ram, MD | Result D/T: 08/26/10 by: Balderamos-Mascoll,Nadya Diagnosis: Closed dislocation of ankle (norm) Gluc (mg/dL): 105 (abn) Remark: Dept #CC983: 26 Aug 10  1219 (norm) |
| Blake, Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 Adult Emergency - 000 | Whole Blood Lactate 26 Aug 10 1219 16970595 Muresanu,Mircea, MD Wadhwa,Ram, MD | Result D/T: 08/26/10 by: Balderamos-Mascoll,Nadya Diagnosis: Closed dislocation of ankle (norm) Lactate (mmol/L): 1.9 (norm) Remark: Dept #CC983: 26 Aug 10  1219 (norm) |
| Blake, Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 Adult Emergency - 000 | Whole Blood Potassium 26 Aug 10 1219 16970595 Muresanu,Mircea, MD Wadhwa,Ram, MD | Result D/T: 08/26/10 by: Balderamos-Mascoll,Nadya Diagnosis: Closed dislocation of ankle (norm) K (mmol/L): 4.1 (norm) Remark: Dept #CC983: 26 Aug 10  1219 (norm) |
| Blake, Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 Adult Emergency - 000 | Whole Blood Sodium 26 Aug 10 1219 16970595 Muresanu,Mircea, MD Wadhwa,Ram, MD | Result D/T: 08/26/10 by: Balderamos-Mascoll,Nadya Diagnosis: Closed dislocation of ankle (norm) Na (mmol/L): 139 (norm) Remark: Dept #CC983: 26 Aug 10  1219 (norm) |

28 Mar 2012  1014  Generated by King,Tishana,

Kings County Hospital Center
Lab Results Listed for Patient
26 Aug 2010  0000 to 2 Sep 2010  2359
for the chart review group(s): L/All Laboratory No  for the earliest/latest event times of 30,0

| Patient | Visit No./ DOB/Age | Visit Dt-Tm/ Location | Proc/Evt Time Order/Pt MD | Spec No. Results |
|---|---|---|---|---|
| Blake,Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 Adult Emergency - 000 | Type and Screen Reflex 26 Aug 10 1257 no associated order aut Wadhwa,Ram, MD | Result D/T: 08/26/10 ABO Group: O (norm) Ab Screen: Negative (norm) Rh Type: Positive (norm) |
| Blake,Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 Adult Emergency - 000 | Type and Screen with DAT 26 Aug 10 1257 16970852 Muresanu,Mircea, MD Wadhwa,Ram, MD | Result D/T: 08/26/10 by: Luis,Evelina, CLT ABO Group: O (norm) Ab Screen: Negative (norm) DAT: Negative (norm) Diagnosis: Closed dislocation of ankle (norm) Remark: Spec #16970852: 26 Aug 10 1257 (norm) Rh Type: Positive (norm) |
| Blake,Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 SAB5-03 | Basic Metabolic Panel 26 Aug 10 1450 16971531 Valesky,Walter, MD Wadhwa,Ram, MD | Result D/T: 08/26/10 by: Saint-Fort,Shirley, CLT Anion Gap: 9 (norm) BUN     (mg/dL): 15 (norm) BUN/Creat Ratio : 10.2 (norm) CO2     (mmol/L): 28 (norm) Ca      (mg/dL): 9.6 (norm) Cl      (mmol/L): 103 (norm) Creat   (mg/dL): 1.47 (abn) D2: Na,K,Cl (norm) Diagnosis: Closed dislocation of ankle (norm) Glucose (mg/dL): 137 (abn) Indices(H): 11 (norm) Indices(I): 1 (norm) Indices(L): 5 (norm) K       (mmol/L): 4.8 (norm) Na      (mmol/L): 140 (norm) P2: L,H,I,BUN,CA,GLU,CO2,CREA (norm) Remark: Spec #16971531: 26 Aug 10 1450 (norm) |

Kings County Hospital Center
Lab Results Listed for Patient
26 Aug 2010 0000 to 2 Sep 2010 2359
for the chart review group(s) L/All Laboratory No  for the earliest/latest event times of 30,0

| Patient | Visit No./ DOB/Age | Visit Dt-Tm/ Location | Proc/Evt Time Orderer/Pt MD | Spec No. Results |
|---|---|---|---|---|
| Blake,Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 SAB5-03 | Type and Screen with DAT 26 Aug 10 1545  16971869 Muresanu,Mircea, MD Wadhwa,Ram, MD | Result D/T: 08/26/10 ABO Group: A (norm) Ab Screen: Negative (norm) DAT: Negative (norm) Diagnosis: Closed dislocation of ankle (norm) Remark: Spec #16971869: 26 Aug 10 1545 (norm) Rh Type: Positive (norm) |
| Blake,Charles | 2501985-1 12/22/1957 52Y | 08/26/10 1440 D7S23-A | Hemogram No Diff 28 Aug 10 0923  16977662 Nourian,Ardalan, MD Wadhwa,Ram, MD | Result D/T: 08/28/10 by: Baum,Rita, MLT CBC only: 15353896224 (norm) Diagnosis: Closed dislocation of ankle (norm) HDW   (%): 2.32 (norm) Hct   (%): 38.3 (abn) Hgb (g/dL): 12.6 (abn) LI: 1.96 (norm) MCH  (pg): 29.1 (norm) MCHC(g/dL): 32.8 (norm) MCV  (fL): 88.8 (norm) MPV  (fL): 8.5 (norm) Plt (K/uL): 274 (norm) RBC (M/uL): 4.32 (norm) RDW   (%): 13.0 (norm) Remark: Spec #16977662: 28 Aug 10  0923 (norm) WBC (K/uL): 12.22 (abn) |

| | Result | Normal | Abn/Crit | Abnormal | Critical | Total |
|---|---|---|---|---|---|---|
| Total Visits: | 18 | | | | | |
| Total Events: | 18 | | | | | |
| | ABO Group | 5 | 0 | 0 | 0 | 5 |
| | ALT      (U/L) | 1 | 0 | 0 | 0 | 1 |
| Total Normal Results: | 134 | AST      (U/L) | 0 | 1 | 1 | 0 | 1 |
| Total Abn/Crit Results: | 20 | Ab Screen | 5 | 0 | 0 | 0 | 5 |
| Total Abnormal Results: | 19 | Albumin  (g/dL) | 1 | 0 | 0 | 0 | 1 |
| Total Critical Results: | 1 | Alk Phos (U/L) | 1 | 0 | 0 | 0 | 1 |

Kings County Hospital Center
Lab Results Listed for Patient
26 Aug 2010  0000 to 2 Sep 2010 2359
for the chart review group(s): t/All Laboratory No  for the earliest/latest event times of 30,0

Patient

| Visit No./ DOB/Age | Visit Dt-Tm/ Location | Proc/Evt Time Orderer/Pt MD | Spec No. | | | Results |
|---|---|---|---|---|---|---|
| Total Results: | 154 | | | | | |
| | Anion Gap (mmol/L) | | 2 | 0 | 0 | 2 |
| | BE (mmol/L) | | 1 | 0 | 0 | 1 |
| | BUN (mg/dL) | | 1 | 0 | 0 | 1 |
| | BUN (mg/dL) | | 1 | 0 | 0 | 1 |
| | BUN/Creat Ratio | | 1 | 0 | 0 | 1 |
| | BUN/Creat Ratio | | 1 | 0 | 0 | 1 |
| | Baseline | | 1 | 0 | 0 | 1 |
| | Baso (%) | | 1 | 0 | 0 | 1 |
| | Baso (K/uL) | | 1 | 0 | 0 | 1 |
| | CBC only | | 1 | 0 | 0 | 1 |
| | CO2 (mmol/L) | | 1 | 0 | 0 | 1 |
| | CO2 (mmol/L) | | 1 | 0 | 0 | 1 |
| | COHb (%) | | 1 | 0 | 0 | 1 |
| | Ca (mg/dL) | | 1 | 0 | 0 | 1 |
| | Ca (mg/dL) | | 1 | 0 | 0 | 1 |
| | Calcium Ionized (mg/dL) | | 1 | 0 | 0 | 1 |
| | Cl (mmol/L) | | 1 | 0 | 0 | 1 |
| | Cl (mmol/L) | | 1 | 0 | 0 | 1 |
| | Cl (mmol/L) | | 1 | 0 | 0 | 1 |
| | Comment | | 1 | 0 | 0 | 1 |
| | Corr pCO2 (mmHg) | | 1 | 0 | 0 | 1 |
| | Corr pH | | 1 | 0 | 0 | 1 |
| | Corr pO2 (mmHg) | | 1 | 0 | 0 | 1 |
| | Creat (mg/dL) | | 0 | 1 | 1 | 1 |
| | Creat (mg/dL) | | 0 | 1 | 1 | 1 |
| | D1 | | 1 | 0 | 0 | 1 |
| | D2 | | 1 | 0 | 0 | 1 |
| | DAT | | 3 | 0 | 0 | 3 |
| | Derived Fibrinogen | | 1 | 0 | 0 | 1 |
| | Diagnosis | | 15 | 0 | 0 | 15 |
| | Eos (%) | | 1 | 0 | 0 | 1 |
| | Eos (K/uL) | | 1 | 0 | 0 | 1 |
| | Gluc (mg/dL) | | 0 | 1 | 1 | 1 |

28 Mar 2012  1014  Generated by King,Tishana,

Kings County Hospital Center
Lab Results Listed for Patient
26 Aug 2010  0000 to 2 Sep 2010  2359
for the chart review group(s): L/All Laboratory No  for the earliest/latest event times of 30,0

| Patient | Visit No./ Visit Dt-Tm/ | Proc/Evt Time | | | |
|---|---|---|---|---|---|
| | DOB/Age  Location | Orderer/Pt MD | Spec No. | Results | |
| Gluc (mg/dL) | 0 | 1 | 1 | 0 | 1 |
| Glucose (mg/dL) | 0 | 1 | 1 | 0 | 1 |
| HCO3 (mmol/L) | 1 | 0 | 0 | 1 | 1 |
| HDW (%) | 2 | 0 | 2 | 0 | 2 |
| Hct (%) | 0 | 2 | 2 | 0 | 2 |
| Hgb (g/dL) | 0 | 2 | 2 | 0 | 2 |
| Indices (H) | 1 | 0 | 0 | 0 | 1 |
| Indices (I) | 1 | 0 | 0 | 0 | 1 |
| Indices (L) | 1 | 0 | 0 | 0 | 1 |
| Indices(H) | 1 | 0 | 0 | 0 | 1 |
| Indices(I) | 1 | 0 | 0 | 0 | 1 |
| Indices(L) | 1 | 0 | 0 | 0 | 1 |
| K   (mmol/L) | 0 | 1 | 1 | 0 | 1 |
| K   (mmol/L) | 1 | 0 | 0 | 0 | 1 |
| K (mmol/L) | 1 | 0 | 0 | 0 | 1 |
| LI | 2 | 0 | 0 | 0 | 2 |
| LUC (%) | 1 | 0 | 0 | 0 | 1 |
| LUC (K/uL) | 1 | 0 | 0 | 0 | 1 |
| Lactate (mmol/L) | 1 | 0 | 0 | 0 | 1 |
| Lshft Flag | 1 | 0 | 0 | 0 | 1 |
| Lym (K/uL) | 1 | 0 | 0 | 0 | 1 |
| Lymph (%) | 0 | 1 | 1 | 0 | 1 |
| MCH (pg) | 2 | 0 | 0 | 0 | 2 |
| MCHC(g/dL) | 2 | 0 | 0 | 0 | 2 |
| MCV (fL) | 2 | 0 | 0 | 0 | 2 |
| MPV (fL) | 2 | 0 | 0 | 0 | 2 |
| MPXI | 1 | 0 | 0 | 0 | 1 |
| MetHb   (%) | 1 | 0 | 0 | 0 | 1 |
| Mono (%) | 1 | 0 | 0 | 0 | 1 |
| Mono(K/uL) | 1 | 0 | 0 | 0 | 1 |
| Na  (mmol/L) | 1 | 0 | 0 | 0 | 1 |
| Na  (mmol/L) | 1 | 0 | 0 | 0 | 1 |
| Na (mmol/L) | 1 | 0 | 0 | 0 | 1 |

Kings County Hospital Center
Lab Results Listed for Patient
26 Aug 2010 0000 to 2 Sep 2010 2359
for the chart review group(s): L/All Laboratory No  for the earliest/latest event times of 30,0

| Patient | Visit No./ DOB/Age | Visit Dt-Tm/ Location | Proc/Evt Time Orderer/Pt MD | | Spec No. | Results | |
|---|---|---|---|---|---|---|---|
| Neut (%) | 0 | 1 | 1 | 0 | 1 | | |
| Neut (K/uL) | 0 | 1 | 1 | 0 | 1 | | |
| O2Hb (%) | 0 | 0 | 0 | 0 | 1 | | |
| P1 | 1 | 0 | 0 | 0 | 1 | | |
| P2 | 2 | 0 | 0 | 0 | 2 | | |
| PCO2 (mmHg) | 1 | 0 | 0 | 0 | 1 | | |
| Plt (K/uL) | 2 | 0 | 0 | 0 | 2 | | |
| Prothrombin Time | 1 | 0 | 0 | 0 | 1 | | |
| Pt on Coumadin? | 1 | 0 | 0 | 0 | 1 | | |
| RBC (M/uL) | 2 | 0 | 0 | 0 | 2 | | |
| RDW (%) | 2 | 0 | 0 | 0 | 2 | | |
| Remark | 16 | 0 | 0 | 0 | 16 | | |
| Requires Critical Call? | 0 | 1 | 0 | 1 | 1 | | |
| Rh Type | 5 | 0 | 0 | 0 | 5 | | |
| Serum Indices | 1 | 0 | 0 | 0 | 1 | | |
| T Prot (g/dL) | 1 | 0 | 0 | 0 | 1 | | |
| T. Bili (mg/dL) | 1 | 0 | 0 | 0 | 1 | | |
| WBC (K/uL) | 1 | 1 | 1 | 0 | 2 | | |
| aPTT (sec) | 0 | 1 | 1 | 1 | 1 | | |
| p50 (mmHg) | 0 | 1 | 1 | 0 | 1 | | |
| pH | 1 | 0 | 0 | 0 | 1 | | |
| pO2 (mmHg) | 1 | 0 | 0 | 0 | 1 | | |
| sO2 (%) | 1 | 0 | 0 | 0 | 1 | | |
| tHb (g/dL) | 0 | 1 | 1 | 1 | 1 | | |
| tO2 (vol%) | 0 | 1 | 1 | 0 | 1 | | |

## Request for Medical Record Information

**Requestor Information:**                                      291374

MR. CHARLES BLAKE, 11A3257          Received:              3/9/2012
FRANKLIN C.F.                       Completed:             3/28/2012
62 BARE HILL RD PO BOX 10           Request Type      Patient Access
MALONE, NY  12953                   Pages:                       90
                                    Charge:                   $0.00

### - Please See Attached Statement for Payment Instructions -

**Patient Information**

BLAKE, CHARLES                      Date of Birth:      12/22/1957
Policy / Control:                   Social Security #:
Medical record(s):  2501985--

### Medical Records Copies

OUTPATIENT TREATMENT       09/28/2010  -  12/21/2010
ABSTRACT OF ADMISSION      08/26/2010  -  09/02/2010
AMBULATORY SURGERY         12/10/2010
RADIOLOGY REPORT           09/28/2010  -  12/10/2010

**IF ADDITIONAL INFORMATION IS NEEDED, PLEASE CONTACT:**

### Kings County Hospital Center
Medical Records Department
Medical Information / Medical Legal Sect.
451 Clarkson Avenue
Brooklyn, New York  11203

(718) 245-4241

The use of this information may be protected by Public Law 93-225, Section 408: Public Law 93-282, Section 333; or federal regulation 42 CFR, Part 2. The information provided is strictly confidential and is for the information only of the person to whom it is addressed. No

## Request for Medical Record Information

**Requestor Information:**                          291374

| | | |
|---|---|---|
| MR. CHARLES BLAKE, 11A3257 | Received: | 3/9/2012 |
| FRANKLIN C.F. | Completed: | 3/28/2012 |
| 62 BARE HILL RD PO BOX 10 | Request Type | Patient Access |
| MALONE, NY  12953 | Pages: | 90 |
| | Charge: | $0.00 |

### - Please See Attached Statement for Payment Instructions -

**Patient Information**

| | | |
|---|---|---|
| BLAKE, CHARLES | Date of Birth: | 12/22/1957 |
| Policy / Control: | Social Security #: | |
| Medical record(s):  2501985-- | | |

### Medical Records Copies

| | | |
|---|---|---|
| OUTPATIENT TREATMENT | 09/28/2010 | -  12/21/2010 |
| ABSTRACT OF ADMISSION | 08/26/2010 | -  09/02/2010 |
| AMBULATORY SURGERY | 12/10/2010 | |
| RADIOLOGY REPORT | 09/28/2010 | -  12/10/2010 |

**IF ADDITIONAL INFORMATION IS NEEDED, PLEASE CONTACT:**

### Kings County Hospital Center
Medical Records Department
Medical Information / Medical Legal Sect.
451 Clarkson Avenue
Brooklyn, New York  11203

**(718) 245-4241**

The use of this information may be protected by Public Law 93-225, Section 408; Public Law 93-282, Section 333; or federal regulation 42 CFR, Part 2. The information provided is strictly confidential and is for the information only of the person to whom it is addressed. No

## Kings County Hospital Center
451 Clarkson Avenue
Brooklyn, New York  11203
(718) 245-4241
Tax ID:

---

**Bill To:**                                    Invoice: 291374

Attn:
FRANKLIN C.F.
62 BARE HILL RD PO BOX 10
MALONE, NY  12953

| Date of Service | Description | Charge |
|---|---|---|
| 03/28/2012 | Copies of Medical Records for: | $0.00 |
|  | BLAKE, CHARLES |  |
|  | Date of Birth: 12/22/1957        SSN: |  |
|  | Policy / HIC #: |  |
|  |  | $0.00 |
|  |  | $0.00 |
|  |  | $0.00 |

| Total Charges: | $0.00 |
|---|---|

| Total Balance Due Upon Receipt: | $0.00 |
|---|---|

Kings County Hospital Center
Chart Review Print
Kings County Hospital Center

| Location | Patient Name | Med Rec # | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| Fracture - 205 | Blake,Charles | 2501985 | 2501985-8 | 54Y | M |

Attending Physician

--------------------------------------------------------------

Ambcare Note:Orthopedic Clinic
Event Time: Tue, 21 Dec 2010  12:12                    Status: complete

Visit Date/Time          : Tue, 21 Dec 2010  1212

Visit Provider           : Christen Russo, MD

Billing Provider         : Ariel Goldman, MD

Ambcare Service          : Fracture - 205

Preceptor                : Ariel Goldman, MD

HPI/Note
        52/o male 4 months s/p ORIF R distal ankle fx with syndesmotic
        injury.  No current complaints.  Ambulating with cane at home.

        PE: RLE
        Incision healing
        Sutures removed and steri-strips placed
        AROM good at ankle
        Strength 5/5
        NVID

        X-rays: none taken today

        A/P:
        - suture removal
        - begin PT for strength and stability
        - WBAT
        - f/u in 2 months

Prev. Past Surg Hx       : PSH reviewed

    Past Surgical History: no additional past surgical history

Review of Systems
|                   # ROS: 0

Vital Signs/Pain         : Vital Signs/Ht/Wt/Pk Flow
|  Height                 : 168 centimeters

Physical Exam
|                   # PE: 0

Tobacco Assessment
|  Tobacco Use Status     : Unknown if Ever Smoked

Printed by King,Tishana on 28 Mar, 2012  10:04 am

Page 1   of 1

Kings County Hospital Center
451 Clarkson Avenue
Brooklyn, NY    11203

P.T.Progress Note[Inpt]

Blake,Charles                    IP/DIS-D7S23-A                    MRN:   2501985
Age:  54Y    M

Tue, 31Aug 1339 P.T.Progress Note[Inpt]                    Status: complete
        Therapist            : Darneth Wilkinson, PTA
        Rehab Med Diag       : Closed dislocation of ankle
        Precautions          : NWB Right LE
        Subjective           : Subjective:Pt. denied c/o pain or discomfort.
        Objective            :

        AD1/IADLs        : Mod (I).  Pt. was able to perform donning of
                           socks while in long sitting.
        Bed Mobility     : Mod (I).  Pt. pushed down in bed when
                           transitioning from supine<>short sitting at the
                           edge of the bed.
        TRANSFER:Sit<>Stand: Mod (I).  Pt. pushed down in bed when
                           transitioning from sit<>stand.
            WC<>Stand: Mod (I).  Pt. pushed down on armrest when
                           transitioning into standing.
        Ambulation       : Pt. ambulated 65x2 with BACs with CGA.
        Ambulation Note  : Pt.demonstrated episodes of unsteadiness during
                           ambulation training.

        Assessment               : Patient was encountered in bed alert and
                                   oriented.  Patient is in police custody.
                                   Patient handcuffs were removed prior to
                                   therapy session.  Patient demonstrated two
                                   episodes of unsteadiness without loss of
                                   balance.  Patient required verbal cueing, for
                                   proper sequencing during ambulation
                                   training.  Patient demonstrated slow and
                                   slight unsteadiness during ambulation
                                   training.  Patient was left in bed in no
                                   apparent distress.  Patient tolerated
                                   treatment well with no new complaint.
        Plan                     : as per existing treatment plan.
        Therapy Duration         : 30 min
        Therapy Timed            : Gait Train:15 min 1 U Therpeutc Trn:15 min 1
                                   U

Page 1   of 1

Kings County Hospital Center
451 Clarkson Avenue
Brooklyn, NY    11203

P.T.Progress Note[Inpt]

Blake,Charles                 IP/DIS-D7S23-A              MRN:   2501985
Age:  54Y     M

Mon, 30Aug 1306 P.T.Progress Note[Inpt]                Status: complete
        Therapist           : Aditi Shah, PT
        Rehab Med Diag      : Closed dislocation of ankle
        Precautions         : NWB Right LE
        Subjective          : yes pain reported PrePainDesc:Pt C/o of
                              throbbing pain in Rt leg PS 8/10 yes patient
                              reports pain Post PainDes:Pt C/o of throbbing
                              pain in the Rt leg after ambulation. PS 9/10
                              Comments:Pt stated he had receiced his
                              medication. Nurse was informed about his pain
                              post ambulation.

        Objective           :

        Bed Mobility        : (Modified Indepndnt)  Pt used the support of
                              hand rails to sit up in bed. He hooked up his lt
                              leg under the rt to move out and sit up at the
                              edge of the bed.
        TRANSFER:Sit<>Stand: (Modified indepndnt) Uses the arm rests to push
                              up to stand.
            WC<>Stand: (Modified indepndnt) Uses the arm rests to push
                              up to stand.
        Ambulation          : Pt ambulated 30 ft x 3 with rolling walked with
                              modified I. Was non wt bearing on the Rt leg.
                              There was no incidence of loss of balance. Pt had
                              to take rests due to the throbbing pain on the Rt
                              lower leg in gravity dependent position.
        Stair Negotiation:  not tested   Secondary to pain in Rt LE post
                              ambulation. Pt stated he has 5 steps to get into
                              the building.
        Ambulation Note     : Can be given a trial for  Bil lat axillary
                              crutches in the next PT session.

        Assessment                  : Pt was seen today for strength, gait and
                              transfer training. He was lying in the bed
                              with mould on his Rt lower leg. He is Mod I
                              with bed mobility and transfers. He was
                              complaining of throbbing pain in his Rt lower
                              leg as soon as he puts it in gravity
                              dependent position with PS of 8/10. He did
                              isometric quards in lying and hip flexion in
                              high sitting. He ambulated with RW 30 ft x 3
                              with NWB on RT leg and no loss of balance. He
                              requested to sit every time secondary to
                              pain. He can be given a trial with BAC in
                              next PT session. His nurse was informed of
                              his pain status post ambulation. He was left
                              in the bed.
        Plan                        : as per existing treatment plan. Needs 1-2
                              more PT sessions.

```
Therapy Duration          : 25 min
```





CERTIFIED MAIL™

7012 1640 0000 3785 0640

UNITED STATES POSTAGE
$ 10.97
APR 08 2013
MAILED FROM ZIP CODE 12953
02 1P
0002007576

FRANKLIN
CORRECTIONAL FACILITY



RECEIVED
APR 10 2013
PRO SE OFFICE

USM P3
SDNY

CLERK OF COURT
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl street
New York, New York 10007

FRANKLI
P.O. BOX
MALONE

Blake, C.I. #11A3257

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL